# United States Bankruptcy Court
## Middle District of Georgia

| | | |
|---|---|---|
| In re: Teri G. Galardi | : | Case No. 22-50035-AEC |
| Debtor | : | |
| Christopher Kosachuk | : | Chapter: 11 |
| Plaintiff | : | |
| v. | : | |
| Michael "Mutepe" Akemon, Esq. et. al. | : | Adv. Proc. No. 24-05015-AEC |
| Defendant | | |

# SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
# IN AN ADVERSARY PROCEEDING

To: Michael Akemon, Esq. 3382 Harvester Woods Rd, Decatur, GA 30034 and P.O. Box 360295, Decatur, GA 30036-0295, mutepe.akemon richardslegal.com and michael.akemon@richardslegal.com

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk:
> **U.S. BANKRUPTCY COURT, 433 CHERRY ST., P. O. BOX 1957, MACON, GA 31202**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney
>
> Christopher Kosachuk
> Pro Se Plaintiff
> 854 Pheasant Run Rd, West Chester, PA 19382-8144
> chriskosachuk@gmail.com (305) 490-5700

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held telephonically by dialing the telephone number and access code shown below. Parties may request an in-person hearing subject to approval by the presiding judge. Please refer to Administrative Order #145 for more guidance related to hearing protocols.

| Judge - Telephone Number - Access Code | Date | Time |
|---|---|---|
| Chief Judge Austin E. Carter - 1-888-398-2342 - 5569600 | 09/10/2024 | 10:00 AM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Issued: 07/26/2024

*s/ Kyle George*
*Kyle George, Clerk*
*U.S. Bankruptcy Court*