# United States Bankruptcy Court

## Middle District of Georgia

Date: 8/6/24
In Re:
   Christopher Kosachuk
Plaintiff

   Michael "Mutepe" Akemon ESQ., et al
Defendants

Adversary No. 24−05015−AEC

Main Case No. 22−50035−AEC

RE: Service of Summons and Complaint for docket numbers 3 through 14.

Attn: Christopher Kosachuk, Pro Se Plaintiff

Please be advised that the Certificates of Service of Summons were due no later than 8/2/2024. If you served the complaint and the summons timely, please file a proper certificate of service verifying that all the summons were served with the complaint and be sure that the date they were served on is reflected on your certificate.

If timely service was not completed, you will need to contact the Courtroom Deputy to obtain a new hearing date and file a Request to the Clerk to issue Alias Summons. Your request can be made by letter which should include the new completed summons. Once they are received, they will be issued for service.

Thank you.

Theresa Irby
478−749−6817

Deputy Clerk
United States Bankruptcy Court