**IN THE UNITED STATES BANKRUPTCY COURT FOR**

**THE MIDDLE DISTRICT OF GEORGIA**


**IN RE: TERI G. GALARDI**                    **CASE NO. 22-50035**

   **Debtor**                    **Chapter 11**


**CHRISTOPHER KOSACHUK**

    **Plaintiff,**

**Vs.**                    **CASE NO. 24MGC2412**

**MICHAEL "MUTEPE" AKEMON,**

**ASTRID E. GABBE, and THE LAW OFFICE OF ASTRID GABBE, P.A.,**

**Et al,**

   **Defendants.**


## ENTRY OF APPEARANCE


Charles M. Dalziel, Jr. hereby enters his appearance in this action as attorney

for Defendants Astrid E. Gabbe, Esq., and The Law Office of Astrid Gabbe, P.A.,

and provides his contact information below.

This 26th day of August, 2024.

**DALZIEL LAW FIRM**

*/s/Charles M. Dalziel, Jr*
Charles M. Dalziel, Jr.
Georgia Bar No. 203730

680 Village Trace N.E.

Building 20E

Marietta GA 30067

Attorney for Defendant

Telephone: 404-735-0438
chuck@dalziellawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 26th day of August , 2024 served opposing counsel with the foregoing Entry of Appearance through the Court's CM/ECF system.

**DALZIEL LAW FIRM**

*/s/Charles M. Dalziel, Jr*
Charles M. Dalziel, Jr.
Georgia Bar No. 203730

680 Village Trace N.E.

Building 20E

Marietta GA 30067

Attorney for Defendant

Telephone: 404-735-0438
chuck@dalziellawfirm.com