# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

IN RE:

TERI GALARDI

Bankruptcy Case No. 22-50035-AEC

DEBTOR(S)

CHRISTOPHER KOSACHUK

Adv. Proceeding No. 24-AP-5015-AEC

**ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY BOTH ADVERSARY AND BANKRUPTCY CASE NUMBERS**

PLAINTIFF

MICHAEL "MUTEPE" AKEMON, ESQ,
JENISEE LONG ET. AL.

DEFENDANT

*FILED U.S. Bankruptcy Court AUG 2 6 2024 Middle District of Georgia*

## CERTIFICATE OF SERVICE OF SUMMONS IN A BANKRUPTCY CASE

I, Carol Kosachuk, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made on [date] July 31, 2024 by:

[✓] Mail Service: Regular, first class U.S. Mail, postage fully pre-paid, addressed to:
Jenisee Long, 2107 Center St. Covington, KY 41014 and via certified mail return receipt requested, see attached for tracking numbers, envelope covers and receipt

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

**Under penalty of perjury, I declare that the foregoing is true and correct.**

August 3, 2024
Date

*Carol Kosachuk*
Signature

Print name, business address, city, state and zip code:
Carol Kosachuk
854 Pheasant Run Rd
West Chester, PA 19382-8144








**PRESS FIRMLY TO SEAL**

UNITED STATES POSTAL SERVICE

- Expected delivery date specified
- Domestic shipments include $100
- USPS Tracking® service included
- Limited international insurance.
- When used internationally, a cust

*Insurance does not cover certain items. Fo Domestic Mail Manual at http://pe.usps.com
** See International Mail Manual at http://pe

**FLAT RATE ENV**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

---

UNITED STATES POSTAL SERVICE.
Retail

**P** US POSTAGE PAID
$9.85
Origin: 19395
07/31/24
4191640795-7

**PRIORITY MAIL®**

1 Lb 1.30 Oz
RDC 03

EXPECTED DELIVERY DAY: 08/03/24

C036

SHIP TO:
2107 CENTER ST
COVINGTON KY 41014-1121

USPS TRACKING® #

9505 5150 4576 4213 5740 11

---

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

**PRIORITY MAIL**

UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

FROM:

Carol Kosachuk
854 Pheasant Run Rd.
West Chester, PA 19382-8144

TO:
JENISSE LONG
2107 CENTER ST
COVINGTON, KY 41014

Label 228, March 2016     FOR DOMESTIC AND INTERNATIONAL US

©2024 United States Postal Service.® All rights reserved. The Eagle Logo is among the many trademarks of the U.S. Postal Service.®
Please recycle. Stamp Countermat SS24-CCZ-CM-702

DESKWINDO

ALERT: FLOODING AND SEVERE WEATHER IN THE CARIBBEAN MAY IMPACT DELIVERY. REA...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9505515045764213574011

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered in or at the mailbox at 4:53 pm on August 5, 2024 in COVINGTON, KY 41014.

## Get More Out of USPS Tracking:

**USPS Tracking Plus®**

## Delivered

**Delivered, In/At Mailbox**

COVINGTON, KY 41014
August 5, 2024, 4:53 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                                        ∨

**USPS Tracking Plus®**                                                          ∨

**Product Information**                                                          ∨

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs



**SET OUT WITH NEW STAMPS**
Ask us about our 2024 collections.

---

PRESS FIRMLY TO SEAL

**CERTIFIED MAIL**

9589 0710 5270 0458 7725 32

UNITED STATES POSTAL SERVICE® | MAIL

Retail
U.S. POSTAGE PAID
PM
WESTTOWN, PA 19395
JUL 31, 2024
41014
$18.80
RDC 03    S2324H504009-7

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

**PRIORITY MAIL**
VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

FROM:
Carol Kosachuk
854 Pheasant Run Rd.
West Chester, PA 19382-8144

**RETURN RECEIPT REQUESTED**

TO:
JENISSE LONG
2107 CENTER ST
COVINGTON, KY 41014

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
JENISSE LONG
2107 CENTER ST
COVINGTON, KY 41014

9590 9402 8820 4005 8438 84

9589 0710 5270 0458 7725 32

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ tail
☐ ___ tail Restricted Delivery
   (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

PS00001000014    EP14F October 2023
OD: 12 1/2 x 9 1/2
PAPER POUCH

ALERT: FLOODING AND SEVERE WEATHER IN THE CARIBBEAN MAY IMPACT DELIVERY. REA...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700458772532

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Delivery Attempt
**Reminder to Schedule Redelivery of your item**

August 11, 2024

**Notice Left (No Authorized Recipient Available)**

COVINGTON, KY 41011
August 6, 2024, 7:21 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs



```
                WESTTOWN
             844 E STREET RD
          WESTTOWN, PA 19395-9998
               (800)275-8777
7/31/2024                              09:22 AM

roduct              Qty    Unit       Price
                           Price

riority Mail®        1                $9.85
lat Rate Env
   Covington, KY 41014
   Flat Rate
   Expected Delivery Date
      Sat 08/03/2024
   Insurance                          $0.00
      Up to $100.00 included
   Certified Mail®                    $4.85
      Tracking #:
         9589 0710 5270 0458 7725 32
   Return Receipt                     $4.10
      Tracking #:
         9590 9402 8820 4005 8438 84
otal                                 $18.80

riority Mail®        1                $9.85
lat Rate Env
   Covington, KY 41014
   Flat Rate
   Expected Delivery Date
      Sat 08/03/2024
   Tracking #:
      9505 5150 4576 4213 5740 11
   Insurance                          $0.00
      Up to $100.00 included
otal                                  $9.85

rand Total:                          $28.65

redit Card Remit                     $28.65
   Card Name: AMEX
   Account #: XXXXXXXXXXXX2425
   Approval #: 981031
   Transaction #: 727
   AID: A000000025010402 Contactless
   AL: AMEX
   PIN: Not Required

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
  and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

    Save this receipt as evidence of
 insurance. For information on filing an
          insurance claim go to
    https://www.usps.com/help/claims.htm
        or call 1-800-222-1811

          Preview your Mail
          Track your Packages
          Sign up for FREE @
    https://informeddelivery.usps.com

 All sales final on stamps and postage.
 Refunds for guaranteed services only.
       Thank you for your business.

     Tell us about your experience.
 Go to: https://postalexperience.com/Pos
 or scan this code with your mobile device.
```



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Covington, KY 41014

Certified Mail Fee  $4.85                    0795
                                             7
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00    Postmark
☐ Certified Mail Restricted Delivery $ $0.00   Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $
Postage
$              $9.85
Total Postage and Fees                       07/31/2024
$  $18.80
Sent To  JENISSE LONG
Street and Apt. No., or PO Box No.
  307 CENTER ST
City, State, ZIP+4®
  COVINGTON KY 41014

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions