```
CHRIS KOSACHUK                          1 LBS      1 OF 1
(305) 490-5700                          SHP WT  1 LBS
854 PHEASANT RUN RD                     DATE: 12 AUG 2024
WEST-CHESTER  PA 19382


       SHIP CLERK OF COURT
       TO: UNITED STATE BANKRUPTCY COURT
           433 CHERRY ST

           MACON  GA 31201-7919
```



GA 312 0-11

UPS GROUND

TRACKING #: 1Z 866 5X3 03 9942 3518

BILLING: P/P

REF #1: KR

ISH 13.00F ZZP 150 31.5U 07/2024

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.                                                                                                    RRD R 0824

RECEIVED
U.S. Bankruptcy Co[urt]
AUG 2 6 2024
Middle District of Georg[ia]



UNITED STATES BANKRUPTCY
433 CHERRY ST
MACON GA 31201

P: TWO    S: OUT
206 — 3264           I: 1
1Z8665X8039942   3518   X ☐