UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

FILED
U.S. Bankruptcy Court
AUG 2 6 2024
Middle District of Georgia

IN RE:

TERI GALARDI

Bankruptcy Case No. 22-50035-AEC

DEBTOR(S)

CHRISTOPHER KOSACHUK

Adv. Proceeding No. 24-AP-5015-AEC

**ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY BOTH ADVERSARY AND BANKRUPTCY CASE NUMBERS**

PLAINTIFF

MICHAEL "MUTEPE" AKEMON, ESQ,
ASTRID E. GABBE, ESQ. ET. AL.

DEFENDANT

## CERTIFICATE OF SERVICE OF
## SUMMONS IN A BANKRUPTCY CASE

I, Carol Kosachuk, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made on [date] July 31, 2024 by:

[✓] Mail Service: Regular, first class U.S. Mail, postage fully pre-paid, addressed to:
   Astrid E. Gabbe, Esq, 6531 Grant Court, Hollywood, FL 33024 and via certified mail return receipt requested, see attached for tracking numbers, envelope covers and receipt

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

August 3, 2024                                    Carol Kosachuk
   Date                                              Signature

Print name, business address, city, state and zip code:
Carol Kosachuk
854 Pheasant Run Rd
West Chester, PA 19382-8144



**ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHERN AND CENTRAL U.S. MAY IMPA...**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9505515045764213573977

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in or at the mailbox at 3:35 pm on August 3, 2024 in HOLLYWOOD, FL 33024.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Delivered

**Delivered, In/At Mailbox**

HOLLYWOOD, FL 33024
August 3, 2024, 3:35 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**                                                                 ⌄

---

**USPS Tracking Plus®**                                                                  ⌄

---

**Product Information**                                                                  ⌄

---

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs



ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHERN AND CENTRAL U.S. MAY IMPA...

# USPS Tracking®

FAQs >

Remove X

**Tracking Number:**

## 9589071052700458770101

Copy          Schedule a Redelivery (https://tools.usps.com/redelivery.htm)

### Latest Update

We attempted to deliver your item at 3:37 pm on August 3, 2024 in HOLLYWOOD, FL 33024 and a notice was left because an authorized recipient was not available. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice beginning August 5, 2024. If this item is unclaimed by August 18, 2024 then it will be returned to sender.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivery Attempt: Action Needed
**Notice Left (No Authorized Recipient Available)**
HOLLYWOOD, FL 33024
August 3, 2024, 3:37 pm

**Out for Delivery**
HOLLYWOOD, FL 33024
August 3, 2024, 8:22 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                            ∨

Schedule Redelivery ∨

USPS Tracking Plus® ∨

Product Information ∨

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs



```
          UNITED STATES
          POSTAL SERVICE.
              WESTTOWN
           844 E STREET RD
         WESTTOWN, PA 19395-9998
            (800)275-8777
7/31/2024                    09:12 AM

Product         Qty    Unit      Price
                       Price

Priority Mail®   1              $9.85
 Flat Rate Env
  Hollywood, FL 33024
  Flat Rate
  Expected Delivery Date
    Sat 08/03/2024
  Tracking #:
    9505 5150 4576 4213 5739 77
  Insurance                     $0.00
    Up to $100.00 included
Total                           $9.85

Priority Mail®   1             $15.45
  Hollywood, FL 33024
  Weight: 1 lb 1.00 oz
  Expected Delivery Date
    Sat 08/03/2024
  Insurance                     $0.00
    Up to $100.00 included
  Certified Mail®               $4.85
    Tracking #:
      9589 0710 5270 0458 7701 01
  Return Receipt                $4.10
    Tracking #:
      9590 9402 8820 4005 8432 28
Total                          $24.40

Priority Mail®   1              $9.85
 Flat Rate Env
  Hollywood, FL 33024
  Flat Rate
  Expected Delivery Date
    Sat 08/03/2024
  Tracking #:
    9505 5150 4576 4213 5739 91
  Insurance                     $0.00
    Up to $100.00 included
Total                           $9.85

Priority Mail®   1             $15.45
  Hollywood, FL 33024
  Weight: 1 lb 1.00 oz
  Expected Delivery Date
    Sat 08/03/2024
  Insurance                     $0.00
    Up to $100.00 included
  Certified Mail®               $4.85
    Tracking #:
      9589 0710 5270 0458 7701 18
  Return Receipt                $4.10
    Tracking #:
      9590 9402 8820 4005 8431 98
Total                          $24.40

Grand Total:                   $68.50

Credit Card Remit              $68.50
  Card Name: VISA
  Account #: XXXXXXXXXXXX0881
  Approval #: 031586
  Transaction #: 725
  AID: A0000000031010    Contactless
  AL: VISA CREDIT
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Hollywood, FL 33024                          0795
                                               7
Certified Mail Fee   $4.85
$                         $4.10
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00      Postmark
☐ Certified Mail Restricted Delivery $ $0.00    Here
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $
Postage         $15.45
$                                             07/31/2024
Total Postage and Fees
$ $24.40
Sent To  ASIRIM E GABBE
Street and Apt. No., or PO Box No.
  6531 GRANT COURT
City, State, ZIP+4®
  HOLLYWOOD, FL 33024

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions