

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

IN RE:

TERI GALARDI

Bankruptcy Case No. 22-50035-AEC

DEBTOR(S)

CHRISTOPHER KOSACHUK

Adv. Proceeding No. 24-AP-5015-AEC

**ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY BOTH ADVERSARY AND BANKRUPTCY CASE NUMBERS**

PLAINTIFF

MICHAEL "MUTEPE" AKEMON, ESQ,
ASTRID E. GABBE, ESQ. ET. AL.

DEFENDANT

## CERTIFICATE OF SERVICE OF
## SUMMONS IN A BANKRUPTCY CASE

I, Carol Kosachuk, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made on [date] July 31, 2024 by:

[✓] Mail Service: Regular, first class U.S. Mail, postage fully pre-paid, addressed to: The Law Office of Astrid E. Gabbe P.A. 6531 Grant Court, Hollywood, FL 33024 & via certified mail return receipt requested, see attached for tracking numbers, envelope covers and receipt

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

August 3, 2024
Date

*Carol Kosachuk*
Signature

Print name, business address, city, state and zip code:
Carol Kosachuk
854 Pheasant Run Rd
West Chester, PA 19382-8144










UNITED STATES POSTAL SERVICE

Retail

US POSTAGE PAID
$9.85
Origin: 19395
07/31/24
4191640795-7

PRIORITY MAIL®

1 Lb 1.30 Oz
RDC 03

EXPECTED DELIVERY DAY: 08/03/24

SHIP TO:
6531 GRANT CT
HOLLYWOOD FL 33024-5843

C015

USPS TRACKING® #
9505 5150 4576 4213 5739 91

EP14F October 2023
OD: 12 1/2 x 9 1/2

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRIORITY MAIL
UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Carol Kosachuk
854 Pheasant Run Rd
West Chester, PA 19382-8144

TO:
THE LAW OFFICE OF
ASTRID E. GABBE, P.A.
6531 GRANT COURT
HOLLYWOOD, FL 33024

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

Autumn Colors
Available August 16

ALERT: FLOODING AND SEVERE WEATHER IN THE CARIBBEAN MAY IMPACT DELIVERY. REA...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9505515045764213573991

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered in or at the mailbox at 3:26 pm on August 5, 2024 in HOLLYWOOD, FL 33024.

## Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, In/At Mailbox**
HOLLYWOOD, FL 33024
August 5, 2024, 3:26 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌄

See Less ⌃

Track Another Package

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs



ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHERN AND CENTRAL U.S. MAY IMPA...

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9589071052700458770118

Copy     Schedule a Redelivery (https://tools.usps.com/redelivery.htm)

### Latest Update

We attempted to deliver your item at 3:37 pm on August 3, 2024 in HOLLYWOOD, FL 33024 and a notice was left because an authorized recipient was not available. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice beginning August 5, 2024. If this item is unclaimed by August 18, 2024 then it will be returned to sender.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivery Attempt: Action Needed**
Notice Left (No Authorized Recipient Available)
HOLLYWOOD, FL 33024
August 3, 2024, 3:37 pm

**Out for Delivery**
HOLLYWOOD, FL 33024
August 3, 2024, 8:27 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                                  ⌄

Schedule Redelivery                                                                      ⌄

USPS Tracking Plus®                                                                      ⌄

Product Information                                                                      ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs



```
                WESTTOWN
             844 E STREET RD
         WESTTOWN, PA 19395-9998
              (800)275-8777
07/31/2024                        09:12 AM

Product           Qty    Unit      Price
                         Price

Priority Mail®     1               $9.85
   Flat Rate Env
      Hollywocd, FL 33024
      Flat Rate
      Expected Delivery Date
         Sat 08/03/2024
      Tracking #:
         9505 5150 4576 4213 5739 77
      Insurance                    $0.00
         Up to $100.00 included
Total                              $9.85

Priority Mail®     1              $15.45
   Hollywood, FL 33024
   Weight: 1 lb 1.00 oz
   Expected Delivery Date
      Sat 08/03/2024
   Insurance                       $0.00
      Up to $100.00 included
   Certified Mail®                 $4.85
      Tracking #:
         9589 0710 5270 0458 7701 01
   Return Receipt                  $4.10
      Tracking #:
         9590 9402 8820 4005 8432 28
Total                             $24.40

Priority Mail®     1               $9.85
   Flat Rate Env
      Hollywood, FL 33024
      Flat Rate
      Expected Delivery Date
         Sat 08/03/2024
      Tracking #:
         9505 5150 4576 4213 5739 91
      Insurance                    $0.00
         Up to $100.00 included
Total                              $9.85

Priority Mail®     1              $15.45
   Hollywood, FL 33024
   Weight: 1 lb 1.00 oz
   Expected Delivery Date
      Sat 08/03/2024
   Insurance                       $0.00
      Up to $100.00 included
   Certified Mail®                 $4.85
      Tracking #:
         9589 0710 5270 0458 7701 18
   Return Receipt                  $4.10
      Tracking #:
         9590 9402 8820 4005 8431 98
Total                             $24.40

Grand Total:                      $68.50

Credit Card Remit                 $68.50
   Card Name: VISA
   Account #: XXXXXXXXXXXX0881
   Approval #: 031586
   Transaction #: 725
   AID: A0000000031010    Contactless
   AL: VISA CREDIT
```

**U.S. Postal Service CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Hollywood, FL 33024

| | |
|---|---|
| Certified Mail Fee $4.85 | 0795 7 |
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) $4.10 | |
| ☐ Return Receipt (hardcopy)  $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required  $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $15.45 | 07/31/2024 |
| Total Postage and Fees $24.40 | |

Sent To: The Law Office of Asim E
Street and Apt. No., or PO Box No.: [illegible]
City, State, ZIP+4®: Westwood FL 33024

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 0458 7701 18