# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

**FILED**
U.S. Bankruptcy Court
AUG 2 6 2024
Middle District of Georgia

IN RE:

TERI GALARDI

Bankruptcy Case No. 22-50035-AEC

DEBTOR(S)

CHRISTOPHER KOSACHUK

Adv. Proceeding No. 24-AP-5015-AEC

**ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY BOTH ADVERSARY AND BANKRUPTCY CASE NUMBERS**

PLAINTIFF

MICHAEL "MUTEPE" AKEMON, ESQ,
ALEXIS KING ET. AL.

DEFENDANT

## CERTIFICATE OF SERVICE OF
## SUMMONS IN A BANKRUPTCY CASE

I, Carol Kosachuk, certify that I am , and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made on [date] July 31, 2024 by:

[✓] Mail Service: Regular, first class U.S. Mail, postage fully pre-paid, addressed to:
Alexis King, 3328 Fall Branch Lane, Buford, GA 30519 and via certified mail return receipt requested, see attached for tracking numbers, envelope covers and receipt

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

**Under penalty of perjury, I declare that the foregoing is true and correct.**

August 3, 2024
Date

*Carol Kosachuk* (Signature)

Print name, business address, city, state and zip code:
Carol Kosachuk
854 Pheasant Run Rd
West Chester, PA 19382-8144









UNITED STATES POSTAL SERVICE — Retail

US POSTAGE PAID
$9.85
Origin: 19395
07/31/24
4191640795-7

PRIORITY MAIL®

1 Lb 1.30 Oz
RDC 03

EXPECTED DELIVERY DAY: 08/03/24

R033

SHIP TO:
3328 FALL BRANCH LN
BUFORD GA 30519-1949

USPS TRACKING® #
9505 5150 4576 4213 5740 35

EP14F October 2023
OD: 12 1/2 x 9 1/2

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRIORITY MAIL
UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

FROM:
Carol Kosachuk
854 Pheasant Run Rd.
West Chester, PA 19382-8144

TO:
ALEXIS KING
3328 FALL BRANCH LANE
BUFORD, GA 30519

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHERN AND CENTRAL U.S. MAY IMPA...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9505515045764213574035

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered at the front door or porch at 12:33 pm on August 3, 2024 in BUFORD, GA 30519.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

## Delivered
**Delivered, Front Door/Porch**

BUFORD, GA 30519
August 3, 2024, 12:33 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                                    ∨

**USPS Tracking Plus®**                                                      ∨

**Product Information**                                                      ∨

See Less ∧

Track Another Package

Enter tracking or barcode numbers

**Schedule Redelivery** ∨

---

**USPS Tracking Plus®** ∨

---

**Product Information** ∨

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs












GET OUT WITH NEW STAMP

**CERTIFIED MAIL**

9589 0710 5270 0458 7701 25

**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL**

Retail

U.S. POSTAGE PAID
PM
WESTTOWN, PA 19395
JUL 31, 2024
30519
$18.80
S2324H504009-7
RDC 03

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).

**PRIORITY MAIL**

UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

FROM:

Carol Kosachuk
85-1 Pheasant Run Rd.
West Chester, PA 19382-8144

RETURN RECEIPT REQUESTED

TO:

ALEXIS KING
3328 FALL BRANCH LANE
BUFORD, GA 30519

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ALEXIS KING
3328 FALL BRANCH
BUFORD GA 30519

9590 9402 8820 4005 8432 11

2. Article Number (Transfer from service label)
9589 0710 5270 0458 7701 25

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

PS00001000014    EP14F October 2023
OD: 12 1/2 x 9 1/2

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHERN AND CENTRAL U.S. MAY IMPA...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052700458770125

Copy    Schedule a Redelivery (https://tools.usps.com/redelivery.htm)

## Latest Update

We attempted to deliver your item at 12:33 pm on August 3, 2024 in BUFORD, GA 30519 and a notice was left because an authorized recipient was not available. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice beginning August 5, 2024. If this item is unclaimed by August 18, 2024 then it will be returned to sender.

## Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivery Attempt: Action Needed**
**Notice Left (No Authorized Recipient Available)**
BUFORD, GA 30519
August 3, 2024, 12:33 pm

**Out for Delivery**
BUFORD, GA 30519
August 3, 2024, 9:40 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**            ∨

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**



```
              WESTTOWN
           844 E STREET RD
         WESTTOWN, PA 19395-9998
             (800)275-8777
31/2024                         09:32 AM
─────────────────────────────────────────
duct            Qty    Unit       Price
                       Price
─────────────────────────────────────────
ority Mail®      1                $9.85
t Rate Env
  Buford, GA 30519
  Flat Rate
  Expected Delivery Date
     Sat 08/03/2024
  Insurance                       $0.00
     Up to $100.00 included
  Certified Mail®                 $4.85
     Tracking #:
       9589 0710 5270 0458 7701 25
  Return Receipt                  $4.10
     Tracking #:
       9590 9402 8820 4005 8432 11
tal                              $18.80

iority Mail®     1                $9.85
at Rate Env
  Buford, GA 30519
  Flat Rate
  Expected Delivery Date
     Sat 08/03/2024
  Tracking #:
     9505 5150 4576 4213 5740 35
  Insurance                       $0.00
     Up to $100.00 included
tal                               $9.85

and Total:                       $28.65

edit Card Remit                  $28.65
     Card Name: AMEX
     Account #: XXXXXXXXXXXX2425
     Approval #: 350031
     Transaction #: 729
     AID: A000000025010402 Contactless
     AL: AMEX
     PIN: Not Required

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
  and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

   Save this receipt as evidence of
insurance. For information on filing an
          insurance claim go to
   https://www.usps.com/help/claims.htm
          or call 1-800-222-1811

          Preview your Mail
          Track your Packages
          Sign up for FREE @
   https://informeddelivery.usps.com

  All sales final on stamps and postage.
  Refunds for guaranteed services only.
         Thank you for your business.

       Tell us about your experience.
    Go to: https://postalexperience.com/Pos
  or scan this code with your mobile device.
```



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

Buford, GA 30519

Certified Mail Fee  $4.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $9.85

Total Postage and Fees  $18.80

Postmark Here  07/31/2024

9589 0710 5270 0458 7701 25

Sent To: ALEXIS KING
Street and Apt. No., or PO Box No.: 3328 FALL BRANCH CT
City, State, ZIP+4: BUFORD GA 30519

PS Form 3800, January 2023  See Reverse for Instructions