FILED
U.S. Bankruptcy Court
SEP 1 3 2024
Middle District of Georgia

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

In re:

Teri Galardi,

    Debtor,
_____/

CHRISTOPHER KOSACHUK,

    Plaintiff,

v.

ASTRID E. GABBE, ESQ., THE LAW OFFICE
OF ASTRID E. GABBE, P.A., JENISEE LONG
AND ALEXIS KING

    Defendants.
_____/

Case No. 22-50035-JPS

Chapter 11

Adversary Complaint
Adversary Case No.: 24-ap-5015-AEC

## AMENDMENT TO ADVERSARY COMPLAINT FOR MONEY JUDGMENT

Plaintiff Christopher Kosachuk ("Mr. Kosachuk" or "Plaintiff"), hereby files this amendment to the Adversary Complaint For Money Judgment [Doc. 1] so as:

1. To dismiss voluntarily without prejudice the following parties as Defendants: Michael "Mutepe" Akemon, Esq., the Richards Law Group, LLC, Thomas T. McClendon, Esq., as Liquidating Trustee of the Galardi Creditors Trust, the Galardi Creditors Trust, Leon Jones, Jones & Walden, LLC, Ainsworth Dudley, Esq., and Dudley Law, LLC.

2. To make the required statement pursuant to Federal Rule of Bankruptcy Procedure 7008 that Plaintiff consents to entry of final orders and judgments by the Bankruptcy Court.

3. To dismiss voluntarily without prejudice Count II of the adversary complaint.

Dated: September 10, 2024                          Respectfully submitted,

/s/ Christopher Kosachuk
Christopher Kosachuk
*Pro Se Plaintiff*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of September 2024 a true and correct copy of foregoing was mailed to the Clerk of Court who will electronically filed with the Court's CM/ECF system, which will electronically serve a copy of the foregoing document on all parties of record and served on non-record parties by the undersigned.

Dated: September 10, 2024

Respectfully submitted,

Christopher Kosachuk
*Pro Se Plaintiff*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

## SERVICE LIST

**Via CM/ECF/EMAIL/FIRST-CLASS MAIL**

All parties of record

Jenisee Long
2107 Center St.
Covington, KY 41014

Alexis King
3328 Fall Branch Lane
Buford, GA 30519


