UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

In re:                                               Case No. 22-50035-JPS

Teri Galardi,                                        Chapter 11

    Debtor,
_____/
                                                     Adversary Complaint
CHRISTOPHER KOSACHUK,                                Adversary Case No.: 24-ap-5015-AEC

    Plaintiff,

v.

ASTRID E. GABBE, ESQ., THE LAW OFFICE
OF ASTRID E. GABBE, P.A., JENISEE LONG
AND ALEXIS KING

    Defendants.
_____/

**PLAINTIFF AND COUNTERCLAIM DEFENDANT CHRISTOPHER KOSACHUK'S
<u>MOTION TO DISMISS COUNTERCLAIM</u>**

    Plaintiff and Counter Claim Defendant Christopher Kosachuk ("Mr. Kosachuk"), hereby files this Motion to Dismiss Astrid E. Gabbe, Esq. and the Law Office of Astrid E. Gabbe's P.A.'s {Ms. Gabbe) counterclaim [Doc. 35] and avers as follows:

    1.    "To survive a motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." *Ashcroft v. Iqbal*, 556 U.S. 662, 677 (2009). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Id.* Thus, "only a complaint that states a plausible claim for relief survives a motion to dismiss." *Id.* at 679. When considering a motion to dismiss, the Court must accept all of the

plaintiff's allegations as true in determining whether a plaintiff has stated a claim for which relief could be granted. *Hishon v. King & Spalding,* 467 U.S. 69, 73 (1984).

2. At bottom, Ms. Gabbe alleges that "Kosachuk has caused Defendants unnecessary trouble…" which is hardly a cause of action and is devoid of the necessary factual content to support a claim for relief.

3. In fact, in her counterclaim, Ms. Gabbe has failed to state a claim for which relief can be granted. Ms. Gabbe has not alleged any factual basis for her alleged breach of fiduciary duty nor that she has even paid Mr. Kosachuk any monies which could be disgorged which is fatal to the counterclaim.

4. "Defendants (Ms, Gabbe and her law office) have not pled a counterclaim for damages or, indeed, for any relief, but merely responded to the complaint with a glorified general denial and a completely unsubstantiated "prayer for relief."" "To the extent Defendants argue in their response that this "prayer for relief" is, in fact, a claim for relief, they are mistaken" *Diamondback Firearms, LLC v. Saeilo, Inc.*, 2012 WL 12903888 (M.D. Fla. 2012).

5. Ms. Gabbe counterclaim should be dismissed for failure to state a claim.

Dated: September 13, 2024                                        Respectfully submitted,

                                                                                  /s/ Christopher Kosachuk
                                                                                  Christopher Kosachuk
                                                                                  *Pro Se Plaintiff*
                                                                                  854 Pheasant Run Rd.
                                                                                  West Chester, PA 19382-8144
                                                                                  (305) 490-5700
                                                                                  chriskosachuk@gmail.com

Document      Page 3 of 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of September 2024 a true and correct copy of foregoing was mailed to the Clerk of Court who will electronically filed with the Court's CM/ECF system, which will electronically serve a copy of the foregoing document on all parties of record and served on non-record parties by the undersigned.

Dated: September 13, 2024                                  Respectfully submitted,

 

 

Christopher Kosachuk
*Pro Se Plaintiff*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

## SERVICE LIST

**Via CM/ECF/EMAIL/FIRST-CLASS MAIL**

All parties of record

Jenisee Long
2107 Center St.
Covington, KY 41014

Alexis King
3328 Fall Branch Lane
Buford, GA 30519





