**SO ORDERED.**

**SIGNED this 17 day of September, 2024.**



_____
**Austin E. Carter**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| Teri G. Galardi, | ) | Case No. 22-50035-AEC |
| Debtor. | ) | Chapter 11 |
| Christopher Kosachuk, | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Proc. No. 24-5015-AEC |
| Astrid E. Gabbe, Esq., The Law Office of Astrid E. Gabbe, P.A., Jenisee Long, and Alexis King, | ) | |
| Defendants. | ) | |

### ORDER SETTING DEADLINE FOR RESPONSES TO MOTION TO DISMISS COUNTERCLAIM

On September 16, 2024, Plaintiff and Counterclaim Defendant Christopher Kosachuk filed a *Motion to Dismiss Counterclaim* (Doc. 49) (the "Motion to Dismiss"). Because the Court has not yet entered a Scheduling Order in this proceeding (which will include response deadlines to motions), the Court hereby fixes the deadline for filing responses to the Motion to Dismiss as **October 8, 2024**.

[END OF DOCUMENT]