**IN THE UNITED STATES BANKRUPTCY COURT FOR**

**THE MIDDLE DISTRICT OF GEORGIA**


**IN RE: TERI G. GALARDI**　　　　　　**CASE NO. 22-50035**

　　　　**Debtor**　　　　　　　　　　**Chapter 11**


**CHRISTOPHER KOSACHUK**

　　　　　　**Plaintiff,**

**Vs.**　　　　　　　　　　　　　**CASE NO. 24-5015**

**MICHAEL "MUTEPE" AKEMON,**

**ASTRID E. GABBE, and THE LAW OFFICE OF ASTRID GABBE, P.A.,**

**Et al,**

　　　　　　**Defendants.**

**ANSWER OF DEFENDANTS ASTRID E. GABBE AND THE LAW OFFICE OF ASTRID E. GABBE, P.A., TO AMENDMENT TO ADVERSARY COMPLAINT FOR MONEY JUDGMENT (DKT. 48)**

Astrid E. Gabbe ("Gabbe") and The Law Office of Astrid E. Gabbe, P.A.

(collectively, Defendants") hereby answer the Adversary Complaint for Money

Judgment filed by Christopher Kosachuk ("Kosachuk") as follows:

1. Defendants acknowledge Kosachuk's intention stated in paragraph 1 of

   the Amendment, but Defendants further state their belief that a Court

   Order will be required to affect the dismissals Kosachuk intends.

2. Pursuant to Rule 7012, FRBP, for purposes of their original answer and this Answer to Amendment, Defendants state that they consent to entry of final orders or judgment by the Bankruptcy Court, this Court.

3. Defendants acknowledge Kosachuk's intention stated in paragraph 3 of the Amendment, to Delete Count II, but Defendants further state their belief that a Court Order may be required to affect the dismissals Kosachuk intends.

WHEREFORE, Defendants respectfully pray that all relief sought by Plaintiff against them be denied, that Plaintiff take nothing from Defendants, and that Defendants be granted such other and further relief as the Court deems proper with regard to their Answer to the Adversary Complaint, and that the Court enter judgment in Defendants' favor against Kosachuk in an amount to be proven at trial on the claims Defendants have stated against Kosachuk in their counterclaim stated above, and that Defendants be granted such other and further relief on the Counterclaim as the Court deems proper.

**DALZIEL LAW FIRM**

*/s/Charles M. Dalziel, Jr*
Charles M. Dalziel, Jr.
Georgia Bar No. 203730

680 Village Trace N.E.

Building 20E

Marietta GA 30067

Attorney for Defendants

Telephone: 404-735-0438
chuck@dalziellawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 30th day of September, 2024 served opposing counsel for the  other parties participating in the referenced bankruptcy and adversary proceeding with the foregoing **ANSWER OF DEFENDANTS ASTRID E. GABBE AND THE LAW OFFICE OF ASTRID E. GABBE, P.A., TO AMENDMENT TO ADVERSARY COMPLAINT FOR MONEY JUDGMENT (DKT. 48)**

through the Court's CM/ECF system, and have served Christopher Kosachuk by mail addressed to Christopher Kosachuk, 854 Pheasant Run Road, West Chester PA 19382-8144.

**DALZIEL LAW FIRM**

*/s/Charles M. Dalziel, Jr*
Charles M. Dalziel, Jr.
Georgia Bar No. 203730

680 Village Trace N.E.

Building 20E

Marietta GA 30067

Attorney for Defendants

Telephone: 404-735-0438
chuck@dalziellawfirm.com

.