**SO ORDERED.**

**SIGNED this 29 day of October, 2024.**



_____
**Austin E. Carter**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| Teri G. Galardi, ) | Case No. 22-50035-AEC |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |
| Christopher Kosachuk, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Proc. No. 24-5015-AEC |
| ) | |
| Astrid E. Gabbe, Esq., ) | |
| The Law Office of Astrid ) | |
| E. Gabbe, P.A., Jenisee Long, and ) | |
| Alexis King, ) | |
| ) | |
| Defendants. ) | |

**ORDER AND NOTICE OF HEARING**

It is ORDERED and NOTICE is hereby given that the hearing to consider the following matters will occur at **1:30 p.m.** on **December 5, 2024** by video conference using the services of Webex by CISCO:

(1) The pretrial conference continued from September 10, 2024; and

(2) *Plaintiff and Counterclaim Defendant Christopher Kosachuk's Motion to Dismiss Counterclaim*, (Doc. 49), and *Response of Defendants Astrid E. Gabbe and the Law Office of Astrid E. Gabbe, P.A., to Motion to Dismiss Counterclaim (Dkt. 49).* (Doc. 58).

The Court will provide a link for the video conference to the parties that have appeared or their counsel.[1]

[END OF DOCUMENT]

---

[1] Any party that has not yet appeared may also request the link from the courtroom deputy of the above-signed judge.