**SO ORDERED.**

**SIGNED this 30 day of December, 2024.**



_____
**Austin E. Carter
Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Teri G. Galardi, | ) | Case No. 22-50035-AEC |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| Christopher Kosachuk, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 24-5015-AEC |
| | ) | |
| Astrid E. Gabbe, Esq., | ) | |
| The Law Office of Astrid | ) | |
| E. Gabbe, P.A., Jenisee Long, and | ) | |
| Alexis King, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AND NOTICE OF HEARING

It is ORDERED and NOTICE is hereby given that the hearing to consider the following three matters will take place, *in-person,* at **10:00 a.m.** on **January 21, 2025** in Courtroom B, United States Bankruptcy Court, 433 Cherry Street, Macon, Georgia:

(1) The pretrial conference continued from September 10, 2024 and December 5, 2024;

(2) The hearing on *Plaintiff and Counterclaim Defendant Christopher Kosachuk's Motion to Dismiss Counterclaim*, (Doc. 49), and *Response of Defendants Astrid E. Gabbe and the Law Office of Astrid E. Gabbe, P.A., to Motion to Dismiss Counterclaim (Dkt. 49)* (Doc. 58); and

(3) The hearing on the Court's *Order to Show Cause Whether the Court has Subject Matter Jurisdiction to Determine this Proceeding*, entered October 29, 2024, (Doc. 60), the provisions of which Order to Show Cause are incorporated herein.

Parties may file briefs addressing these matters not later than **January 16, 2025**.

[END OF DOCUMENT]