**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| IN RE:<br><br>**TERI G. GALARDI,**<br><br>Debtor. | **CHAPTER 11**<br><br>**CASE NO. 22-50035-AEC** |
| **CHRISTOPHER KOSACHUK,**<br><br>Plaintiff,<br><br>v.<br><br>**ASTRID E. GABBE, ESQ., AND THE LAW OFFICE OF ASTRID E. GABBE, P.A., JENISEE LONG AND ALEXIS KING,**<br><br>Defendants. | Adv. Proc. No. 24-5015-AEC |

**CERTIFICATE OF SERVICE**

This is to certify that on January 13, 2025, the:

i. *Motion for Contempt and to Enforce Settlement Agreement Against Christopher Kosachuk* (**Dkt. 74**);
ii. *Motion for Sanctions* (**Dkt. 75**);
iii. *Motion for Expedited Hearing and to Shorten Notice on (I) Motion for Sanctions, and (II) Motion for Contempt and to Enforce Settlement Agreement Against Christopher Kosachuk* (**Dkt. 76**); and
iv. *Order Granting Motion for Expedited Hearing on Motion for Sanctions and Motion for Contempt* (**Dkt. 77**) (collectively, the "Pleadings")

were electronically filed using the Bankruptcy Court's Electronic Case Filing program which sent notices of and accompanying links to the Pleadings to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- **Charles M Dalziel**   chuck@dalziellawfirm.com

I further certify that on the date indicated below, I caused true and correct copies of the Pleadings to be served upon the parties listed below via U.S. First Class Mail, postage prepaid, and via email where indicated:

| | |
|---|---|
| Christopher Kosachuk<br>854 Pheasant Run Rd<br>West Chester, PA 19382<br>chriskosachuk@gmail.com | Alexis King<br>3328 Fall Branch Lane<br>Buford, GA 30519 |
| Jenisee Long<br>2107 Center Street<br>Covington, KY 41014 | |

This 14th day of January, 2025.

**JONES & WALDEN LLC**

*/s/ Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
699 Piedmont Ave, NE
Atlanta, GA 30308
(404) 564-9300
TMcClendon@joneswalden.com
Liquidating Trustee of the
Galardi Creditors Trust