**SO ORDERED.**

**SIGNED this 17 day of January, 2025.**



_Austin E Carter_
_____
**Austin E. Carter**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 22-50035-AEC |
| Teri G. Galardi, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| Christopher Kosachuk, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 24-5015-AEC |
| | ) | |
| Astrid E. Gabbe, Esq., and the | ) | |
| Law Office of Astrid E. Gabbe, P.A., | ) | |
| Jenisee Long, and Alexis King, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AND NOTICE OF**
**CONTINUED HEARING**

It is ORDERED and NOTICE is hereby given that the hearing set for
Tuesday, January 21, 2025, is HEREBY CONTINUED due to the potential for
inclement weather.  The Court will reschedule the following matters by future order
of the Court:

(1) The pretrial conference continued from September 10, 2024 and December 5, 2024;

(2) *Plaintiff and Counterclaim Defendant Christopher Kosachuk's Motion to Dismiss Counterclaim* (Doc. 49);

(3) *Response of Defendants Astrid E. Gabbe and the Law Office of Astrid E. Gabbe, P.A., to Motion to Dismiss Counterclaim (Dke. 49)* (Doc. 58);

(4) The Court's *Order to Show Cause Whether the Court has Subject Matter Jurisdiction to Determine this Proceeding* (Doc. 60);

(5) *Plaintiff and Counterclaim Defendant Christopher Kosachuk's Motion for Leave and to Amend Adversary Complaint* (Doc. 67);

(6) Thomas T. McClendon's, as Liquidating Trustee of the Galardi Creditors Trust, *Response in Opposition to Motion for Leave to Amend Complaint* (Doc. 70);

(7) Thomas T. McClendon's, as Liquidating Trustee of the Galardi Creditors Trust, *Motion for Contempt and to Enforce Settlement Agreement Against Christopher Kosachuk* (Doc. 74); and

(8) Thomas T. McClendon's, as Liquidating Trustee of the Galardi Creditors Trust, *Motion for Sanctions* (Doc. 75).

[END OF DOCUMENT]