FILED
U.S. Bankruptcy Court
JAN 30 2025
Middle District of Georgia

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

In re:  Case No. 22-50035-JPS

Teri Galardi,  Chapter 11

    Debtor,
_____/

CHRISTOPHER KOSACHUK,  Adversary Complaint
                                         Adversary Case No.: 24-ap-5015-AEC

    Plaintiff,
v.
ASTRID E. GABBE, ESQ., THE LAW OFFICE
OF ASTRID E. GABBE, P.A., JENISEE LONG,
ALEXIS KING, MICHAEL JAMES BOURFF
A/K/A MICHAEL DE CAMPO, REDSHIELD, LLC
A FLORIDA LLC AND JOSEPH ROBERT GUERNSEY
D/B/A RED SHIELD FUNDING,
AINSWORTH DUDLEY, ESQ. AND
DUDLEY LAW, LLC

    Defendants.
_____/

## PLAINTIFF AND COUNTERCLAIM DEFENDANT CHRISTOPHER KOSACHUK'S DESIGNATION OF THE RECORD ON MOTION TO WITHDRAW THE REFERENCE

CHRISTOPHER KOSACHUK ("Mr. Kosachuk"), *pro se*, pursuant to Rule 5011of the Federal Rules of Bankruptcy Procedure, hereby designates the following pleadings which are of record in this case, which Mr. Kosachuk contends are pertinent to the District Court's consideration of the contemporaneous motion to withdraw the reference of the above-captioned adversary proceeding (the "Motion"):

    1.    Plaintiffs' Complaint filed on July 22, 2014 [ECF No. 1]

    2.    Plaintiff's Jury Demand filed on July 23, 2024 [ECF No. 2]

    3.    Defendant Gabbe's Counterclaim filed on August 26, 2024 [ECF No. 35]

4. Plaintiff's Amendment to Complaint filed on October 21, 2016 [ECF No. 8]

5. Plaintiff's Amendment to Complaint filed on August 30, 2024 [ECF No. 38]

6. Plaintiff's Motion for Clerk's Default [ECF No. 39]

7. Plaintiff's Motion for Clerk's Default [ECF No. 40]

8. Plaintiff's Affidavit of Default [ECF No. 41]

9. Plaintiff's Affidavit of Default [ECF No. 42]

10. Clerk's Entry of Default [ECF No. 43]

11. Clerk's Entry of Default [ECF No. 44]

12. Motion to Dismiss Counterclaim [ECF No. 49]

13. Plaintiffs' Amended Motion for Leave to file Amended Complaint filed on January 14, 2025 [ECF No. 79]

14. Plaintiff's Amended Complaint filed on January 14, 2025 [ECF No. 80]

Mr. Kosachuk reserves the right to designate any additional portions of the record in the Chapter 11 Case as may be pertinent or useful in connection with the District Court's consideration of the Motion.

Dated: January 15, 2025

Respectfully submitted,

_____
Christopher Kosachuk
*Pro Se Plaintiff and Counterclaim Defendant*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of January 2025 a true and correct copy of foregoing was delivered to the Clerk of Court who will electronically filed with the Court's CM/ECF system, which will electronically serve a copy of the foregoing document on all parties of record and served on non-record parties by the undersigned.

Dated:  January 15, 2025

Respectfully submitted,

Christopher Kosachuk
*Pro Se Plaintiff*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

## SERVICE LIST

**Via CM/ECF/EMAIL/FIRST-CLASS MAIL**

All parties of record

Jenisee Long
2107 Center St.
Covington, KY 41014

Alexis King
3328 Fall Branch Lane
Buford, GA 30519

Michael James Bourff
Michael de Campo
Red Shield, LLC
1616 S. Ocean Dr. #101
Vero Beach, FL 32963

Joseph Robert Guernsey
d/b/a Red Shield Funding
4681 Carvel Court
Myrtle Beach, SC 29588

Ainsworth Dudley, Esq. & Dudley Law, LLC
adudleylaw@gmail.com



