# United States Bankruptcy Court

## Middle District of Georgia

Date: 1/31/25

In Re:
   Christopher Kosachuk

Plaintiff
   Astrid E. Gabbe ESQ.

Defendant

Adversary No. 24–05015–AEC

Main Case No. 22–50035–AEC

RE: Filing fee due

Attn: Christopher Kosachuk

Please be advised that the Motion for Withdrawal of Reference requires a fee of $199.00. Please pay this fee through pay.gov immediately upon receipt of this request.

Thank you.

Theresa Irby
Supervisor

Deputy Clerk
United States Bankruptcy Court

478–749–6817