**SO ORDERED.**

**SIGNED this 3 day of February, 2025.**



_____
**Austin E. Carter
Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Teri G. Galardi, | ) | Case No. 22-50035-AEC |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| Christopher Kosachuk, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 24-5015-AEC |
| | ) | |
| Astrid E. Gabbe, Esq., | ) | |
| The Law Office of Astrid | ) | |
| E. Gabbe, P.A., Jenisee Long, and | ) | |
| Alexis King, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AND NOTICE OF HEARING**

It is ORDERED and NOTICE is hereby given that the hearing to consider the following matters will take place, *in-person,* at **10:00 a.m.** on **February 21, 2025** in Courtroom B, United States Bankruptcy Court, 433 Cherry Street, Macon, Georgia:

(1) The pretrial conference continued from September 10, 2024; December 5, 2024; and January 21, 2025;

(2) The hearing on *Plaintiff and Counterclaim Defendant Christopher Kosachuk's Motion to Dismiss Counterclaim*, (Doc. 49), and *Response of Defendants Astrid E. Gabbe and the Law Office of Astrid E. Gabbe, P.A., to Motion to Dismiss Counterclaim (Dkt. 49)* (Doc. 58);

(3) The hearing on the Court's *Order to Show Cause Whether the Court has Subject Matter Jurisdiction to Determine this Proceeding*, entered October 29, 2024 (Doc. 60), the provisions of which *Order to Show Cause* are incorporated herein;

(4) *Plaintiff and Counterclaim Defendant Christopher Kosachuk's Motion for Leave and to Amend Adversary Complaint* (Doc. 67), Thomas T. McClendon's, as Liquidating Trustee of the Galardi Creditors Trust, *Response in Opposition to Motion for Leave to Amend Complaint* (Doc. 70), and Christopher Kosachuk's *First Amended Adversary Complaint for Money Judgment* (Doc. 80);

(5) Thomas T. McClendon's, as Liquidating Trustee of the Galardi Creditors Trust, *Motion for Contempt and to Enforce Settlement Agreement Against Christopher Kosachuk* (Doc. 74); and

(6) Thomas T. McClendon's, as Liquidating Trustee of the Galardi Creditors Trust, *Motion for Sanctions* (Doc. 75) and his subsequent *Supplement to Motion for Sanctions* (Doc. 82).

[END OF DOCUMENT]

United States Bankruptcy Court
Middle District of Georgia

Kosachuk,
    Plaintiff

Adv. Proc. No. 24-05015-AEC

Gabbe, ESQ.,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 113G-5 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 04, 2025 | Form ID: pdfntc | Total Noticed: 14 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Ainsworth Dudley, ESQ., 4200 Northside Parkway, Building 1, Suite 200, Atlanta, GA 30327-3007 |
| dft | + | Alexis King, 3328 Fall Branch Lane, Buford, GA 30519-1949 |
| dft | + | Astrid E. Gabbe, ESQ., 6531 Grant Court, Hollywood, FL 33024-5843 |
| dft | + | Dudley Law, LLC, 4200 Northside Parkway, Building 1, Suite 200, Atlanta, GA 30327-3007 |
| dft | + | Jenisee Long, 2107 Center St., Covington, KY 41014-1121 |
| dft | + | Jones & Walden, LLC, 699 Piedmont Avenue, N.E., Atlanta, GA 30308-1414 |
| dft | + | Leon Jones, ESQ., 699 Piedmont Avenue, N.E., Atlanta, GA 30308-1414 |
| dft | + | Michael Mutepe Akemon, ESQ., 3382 Harvester Woods Rd, Decatur, GA 30034-5163 |
| dft | + | The Galardi Creditors Trust, c/o Thomas McClendon, as Liquidating Trustee, 699 Piedmont Avenue, NE, Atlanta, GA 30308-1414 |
| dft | + | The Law Office of Astrid E. Gabbe, P.A., 6531 Grant Court, Hollywood, FL 33024-5843 |
| dft | + | The Richards Law Group, LLC, 3382 Harvester Woods Rd., Decatur, GA 30034-5163 |
| dft | + | Thomas T. McClendon, ESQ. as Liquidating Trustee f, 699 Piedmont Avenue, NE, Atlanta, GA 30308-1414 |
| 12737089 | + | Astrid E. Gabbe and The Law Office of Astrid E. Ga, c/o Charles M. Dalziel, Jr., Dalziel Law Firm, 680 Village Trace NE B, Marietta GA 30067-4097 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: chriskosachuk@gmail.com | Feb 04 2025 17:33:00 | Christopher Kosachuk, 854 Pheasant Run Rd., West Chester, PA 19382-8144 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cc | *+ | Astrid E. Gabbe, ESQ., 6531 Grant Court, Hollywood, FL 33024-5843 |
| cd | *P++ | CHRISTOPHER KOSACHUK, 854 PHEASANT RUN RD, WEST CHESTER PA 19382-8144, address filed with court:, Christopher Kosachuk, 854 Pheasant Run Rd., West Chester, PA 19382-8144 |
| cd | *P++ | CHRISTOPHER KOSACHUK, 854 PHEASANT RUN RD, WEST CHESTER PA 19382-8144, address filed with court:, Christopher Kosachuk, 854 Pheasant Run Rd., West Chester, PA 19382-8144 |
| cc | *+ | The Law Office of Astrid E. Gabbe, P.A., 6531 Grant Court, Hollywood, FL 33024-5843 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 113G-5 | User: auto | Page 2 of 2
Date Rcvd: Feb 04, 2025 | Form ID: pdfntc | Total Noticed: 14

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles M Dalziel,, Jr | on behalf of Defendant The Law Office of Astrid E. Gabbe  P.A. chuck@dalziellawfirm.com |
| Charles M Dalziel,, Jr | on behalf of Counter-Claimant Astrid E. Gabbe  ESQ. chuck@dalziellawfirm.com |
| Charles M Dalziel,, Jr | on behalf of Defendant Astrid E. Gabbe  ESQ. chuck@dalziellawfirm.com |
| Charles M Dalziel,, Jr | on behalf of Counter-Claimant The Law Office of Astrid E. Gabbe  P.A. chuck@dalziellawfirm.com |
| Charles M Dalziel,, Jr | on behalf of Counter-Claimant Astrid E. Gabbe chuck@dalziellawfirm.com |
| Thomas McClendon | on behalf of Other Prof. Thomas T. McClendon  as Liquidating Trustee of the Galardi Creditors Trust tmcclendon@joneswalden.com, jwdistribution@joneswalden.com;bdernus@joneswalden.com |

TOTAL: 6