# United States Bankruptcy Court
## Middle District of Georgia
### Office of the Clerk

KYLE GEORGE
Clerk

Reply to: 433 Cherry Street
P. O. Box 1957
Macon, GA 31202
(478) 752-3506

February 12, 2025

Mr. Christopher Kosachuk
854 Pheasant Run Road
West Chester, PA 19382-8144

In re: Adversary Proceeding #24-5015 Kosachuk et al v. Gabbe, ESQ. et al

Dear Mr. Kosachuk,

Regarding the Motion for Withdrawal of Reference you filed with the Court on January 30, 2024 in the Adversary Proceeding 24-5015 at docket #86, you have been advised that the required fee to file the motion is $199.00 as listed in our Fee Schedule. I have attached the Fee Schedule for your information.

The Court will not forward your motion to the District Court for consideration unless you pay the required fee. As noted in the memo sent to you dated January 31, 2024, you can pay this fee through Pay.gov to satisfy the filing fee requirement. Failure to pay this fee will result in no action being taken by the Clerk's Office on your motion.[1]

If you have any questions regarding the Court's decision, you can contact me at 478-752-3506.

Sincerely,

Kyle George
Clerk of Court
U. S. Bankruptcy Court
Middle District of Georgia

KG/mto

---

[1] If and when the filing fee is paid for your motion, the Court will also establish a deadline for the filing of any responses to your motion.

United States Bankruptcy Court
Middle District of Georgia
Fee Schedule as of December 1, 2023

**Filing Fees:**

| | |
|---|---|
| Chapter 7 Case | $ 338.00 |
| Chapter 9 Case | $1738.00 |
| Chapter 11 Case (non-railroad) | $1738.00 |
| Chapter 11 Case (railroad) | $1571.00 |
| Chapter 12 Case | $ 278.00 |
| Chapter 13 Case | $ 313.00 |
| Chapter 15 Case | $1738.00 |

**Filing Fees for Motions to Reopen:**

| | |
|---|---|
| Motion to Reopen Chapter 7 | $ 260.00 |
| Motion to Reopen Chapter 9 | $1167.00 |
| Motion to Reopen Chapter 11 (non-railroad) | $1167.00 |
| Motion to Reopen Chapter 11 (railroad) | $1000.00 |
| Motion to Reopen Chapter 12 | $ 200.00 |
| Motion to Reopen Chapter 13 | $ 235.00 |
| Motion to Reopen Chapter 15 | $1167.00 |

The fee to reopen **does** apply if the debtor attempts to reopen a case in which the Court did not enter a discharge. Therefore, a debtor seeking to reopen a case to file a certificate of completion of a financial management course must pay the reopening fee, as no discharge has been granted in the case.

**Debtor is exempt from fee to reopen:**
- Reopening to permit party to file complaint to obtain determination under Rule 4007(b) (determination of dischargeability of debt)
- Reopening a case when a creditor is violating the terms of discharge under 11 USC §524
- To correct an administrative error
- Redact information under Rule 9037

**Conversion Fees:**

| | |
|---|---|
| Chapter 13 to Chapter 7 | $ 25.00 |
| Chapter 7 to Chapter 11 (non-railroad) | $ 922.00 |
| Chapter 7 to Chapter 11 (railroad) | $ 755.00 |
| Chapter 9 or 11 to Chapter 7 | $ 15.00 |
| Chapter 12 to Chapter 7 | $ 60.00 |
| Chapter 13 to Chapter 11 (non-railroad) | $ 932.00 |
| Chapter 13 to Chapter 11 (railroad) | $ 765.00 |

**No Conversion Fee is Due:**
Chapter 11 to any Chapter other than Chapter 7
Chapter 7 to Chapter 12 or Chapter 13
Chapter 13 to Chapter 12
Chapter 12 to Chapter 11
Chapter 12 to Chapter 13
If Court orders conversion of case to another chapter

**Fees on Motions to Divide a Joint Case:**

| | |
|---|---|
| Chapter 7 | $ 338.00 |
| Chapter 11 | $1738.00 |
| Chapter 12 | $ 278.00 |
| Chapter 13 | $ 313.00 |

**Fees on Motions:**

Motion for Relief from Stay — $ 199.00
- No charge if accompanied by a Consent Order
- No charge if filed under §1301 or §1201 (co-debtor)
- No charge to a child support creditor with affidavit or proper documentation

Motion for Withdrawal of Reference — $ 199.00
Motion to Compel Abandonment of Property of the Estate — $ 199.00
Motion to Sell Property of the Estate Free and Clear of Liens — $ 199.00

**Other Fees:**

Adversary Proceeding — $ 350.00
- No charge to U.S. Agency, Debtor, Trustee or DIP if estate **DOES NOT** exist, a child support creditor with affidavit of other proper documentation

Notice of removal — $ 350.00
Amendment-Schedules D,E,F, List of creditors, Matrix or Mailing List — $ 34.00
Appeal and Cross Appeal to U.S. District Court — $ 298.00
Request for Direct Appeal or Direct Appeal to U.S. Court of Appeals — $ 298.00
If authorized, Direct Appeal/Cross Appeal Fee — $ 307.00

**Copy Service Fees:**

| | |
|---|---|
| Exemplification Certification Fee (per document) | $ 24.00 |
| Certification fee (per document) | $ 12.00 |
| Copy Fee (per page) | $ 0.50 |
| Copy of Docket Sheet (per page) | $ 0.50 |
| Record Retrieval (off site) One Box | $ 70.00 |
| - Each Additional Box | $ 43.00 |
| Records Search (on site) | $ 34.00 |
| Reproduction of Records (Audio Tape/CD) | $ 34.00 |
| Electronic Record Fee (applies to records stored outside the court's ECF system, not limited to document files, audio recordings & video recordings) | $ 33.00 |

**Miscellaneous Fees:**

Filing/Indexing of any document that is not Related to a pending case or proceeding — $ 52.00
Returned or Denied Payment — $ 53.00
Transfer of Claim — $ 28.00
Redaction of a Record — $ 28.00
Electronic Record Retrieval — $20.90 plus $0.65ppg

12.1.2023

United States Bankruptcy Court
Middle District of Georgia

Kosachuk,
    Plaintiff                                                                                                       Adv. Proc. No. 24-05015-AEC

Gabbe, ESQ.,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 113G-5      User: auto      Page 1 of 2
Date Rcvd: Feb 13, 2025      Form ID: pdfntc      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
++                   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: chriskosachuk@gmail.com | Feb 13 2025 17:22:00 | Christopher Kosachuk, 854 Pheasant Run Rd., West Chester, PA 19382-8144 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cd | *P++ | CHRISTOPHER KOSACHUK, 854 PHEASANT RUN RD, WEST CHESTER PA 19382-8144, address filed with court:, Christopher Kosachuk, 854 Pheasant Run Rd., West Chester, PA 19382-8144 |
| cd | *P++ | CHRISTOPHER KOSACHUK, 854 PHEASANT RUN RD, WEST CHESTER PA 19382-8144, address filed with court:, Christopher Kosachuk, 854 Pheasant Run Rd., West Chester, PA 19382-8144 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 15, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles M Dalziel,, Jr | on behalf of Defendant The Law Office of Astrid E. Gabbe P.A. chuck@dalziellawfirm.com |
| Charles M Dalziel,, Jr | on behalf of Counter-Claimant Astrid E. Gabbe ESQ. chuck@dalziellawfirm.com |

District/off: 113G-5 User: auto Page 2 of 2
Date Rcvd: Feb 13, 2025 Form ID: pdfntc Total Noticed: 1

Charles M Dalziel,, Jr
 on behalf of Defendant Astrid E. Gabbe  ESQ. chuck@dalziellawfirm.com

Charles M Dalziel,, Jr
 on behalf of Counter-Claimant The Law Office of Astrid E. Gabbe  P.A. chuck@dalziellawfirm.com

Charles M Dalziel,, Jr
 on behalf of Counter-Claimant Astrid E. Gabbe chuck@dalziellawfirm.com

Thomas McClendon
 on behalf of Other Prof. Thomas T. McClendon  as Liquidating Trustee of the Galardi Creditors Trust
 tmcclendon@joneswalden.com, jwdistribution@joneswalden.com;bdernus@joneswalden.com

TOTAL: 6