FILED
U.S. Bankruptcy Court
FEB 2 0 2025
Middle District of Georgia

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

In re:  Case No. 22-50035-JPS

Teri Galardi,  Chapter 11

    Debtor,
_____/

CHRISTOPHER KOSACHUK,  Adversary Complaint
    Adversary Case No.: 24-ap-5015-AEC

    Plaintiff
v.

ASTRID E. GABBE, ESQ., THE LAW OFFICE
OF ASTRID E. GABBE, P.A., JENISEE LONG,
ALEXIS KING, MICHAEL JAMES BOURFF
A/K/A MICHAEL DE CAMPO, RED SHIELD, LLC
A MONTANA LLC AND JOSEPH ROBERT GUERNSEY
D/B/A RED SHIELD FUNDING, AINSWORTH DUDLEY, ESQ
AND DUDLEY LAW, LLC

    Defendants.
_____/

**MOTION TO COMPEL DEPOSITIONS
AND MOTION TO CONTINUE FEBRUARY 21, 2025 HEARING**

Plaintiff and Counterclaim Defendant, Christopher Kosachuk ("Kosachuk"), *pro se*, hereby moves by this motion (the "Motion") to compel the depositions of Thomas T. McClendon and Astrid E. Gabbe, Esq., and continue the February 21, 2025 until after depositions are completed. In support thereof undersigned states:

    1.    On July 22, 2024, plaintiff commenced this adversary proceeding by filing the complaint. [*See* Doc. 1]

    2.    On August 26, 2024, Defendants Astrid E. Gabbe, Esq. and the Law Office of Astrid E. Gabbe, P.A. filed an answer and counterclaim. [*See* Doc. 35].

3. Plaintiff sought leave to amend the adversary complaint to include additional defendants Michael James Bourff a/k/a Michael de Campo, Red Shield, LLC, a Montana LLC, Joseph Robert Guernsey d/b/a Red Shield Funding, Ainsworth Dudley, Esq. and Dudley Law, LLC which motion is pending.

4. Critically Mr. McClendon is not a defendant in this adversary complaint.

5. Even though he is not a party and has no standing in this adversary proceeding, Mr. McClendon filed a Motion for Contempt and Sanctions against me [ECF Nos. 74, 75, 76 and 82].

6. In order to defend myself, I emailed Mr. McClendon about taking his deposition and he responded: "I'm not aware of any issues of disputed fact involved in my motion for contempt. The motion for contempt is based on your filing of a pleading that is a public record" and has refused to sit for the requested deposition.

7. Mr. McClendon's ignorance of disputed facts is precisely why a deposition is required.

8. Ms. Gabbe has simply ignored all requests for deposition.

9. The bankruptcy rules permit discovery and Mr. McClendon's and Ms. Gabbe's failure to provide basic discovery must not be ratified.

10. The Court should also continue the February 21 2025 hearing until 30 days after Mr. McClendon and Ms. Gabbe sit for deposition.

**WHEREFORE**, Plaintiff Kosachuk respectfully requests that the Court grant this Motion to Compel, order the depositions of Mr. McClendon and Ms. Gabbe, continue the February 21 Hearing until thirty days after the depositions have occurred and if the Court wants to proceed with the hearing on this Motion or any matter scheduled for February 21, 2025, that the hearing be telephonic not in person as undersigned is unable to travel to Macon, GA.

Dated: February 18, 2025

Respectfully submitted,

_____
Christopher Kosachuk
*Pro Se Plaintiff and Counterclaim Defendant*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of February 2025 a true and correct copy of foregoing was mailed to the Clerk of Court who will electronically filed with the Court's CM/ECF system, which will electronically serve a copy of the foregoing document on all parties of record and served on all parties by the undersigned.

Dated: February 18, 2025

Respectfully submitted,

Christopher Kosachuk
*Pro Se Plaintiff*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

## SERVICE LIST

**Via CM/ECF/EMAIL/FIRST-CLASS MAIL**

All parties of record

Jenisee Long
2107 Center St.
Covington, KY 41014

Alexis King
3328 Fall Branch Lane
Buford, GA 30519

Michael James Bourff
Michael de Campo
Red Shield, LLC
1616 S. Ocean Dr. #101
Vero Beach, FL 32963

Joseph Robert Guernsey
d/b/a Red Shield Funding
4681 Carvel Court
Myrtle Beach, SC 29588

Ainsworth Dudley, Esq. &  Dudley Law, LLC
adudleylaw@gmail.com

FedEx

Align top of FedEx Express® shipping label here.

ORIGIN ID:BIGA (305) 490-5700
W CHRISTOPHER KOSACHUK
854 PHEASANT RUN RD
WEST CHESTER, PA 19382
UNITED STATES US

SHIP DATE: 18FEB25
ACTWGT: 0.15 LB
CAD: 6994651/SSFE2600

BILL CREDIT CARD

TO CLERK OF COURT
US BANKRUPCY COURT
433 CHERRY ST

MACON GA 31201
(111) 111-1111
INV:
PO:                                         REF:
DEPT:

TRK# 2855 7151 3656
0201

THU – 20 FEB 5:00P
** 2DAY **


FedEx
Express

MCNA 31201
GA-US ATL

SP MACOG

Envelope
Recycle me.

