**SO ORDERED.**

**SIGNED this 24 day of February, 2025.**



_____
**Austin E. Carter**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| Teri G. Galardi, | ) | Case No. 22-50035-AEC |
| Debtor. | ) | Chapter 11 |
| Christopher Kosachuk, | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Proc. No. 24-5015-AEC |
| Astrid E. Gabbe, Esq., The Law Office of Astrid E. Gabbe, P.A., Jenisee Long, and Alexis King, | ) | |
| Defendants. | ) | |

**ORDER AND NOTICE OF BRIEFING DEADLINE**

As announced at the hearing on February 21, 2025, on (1) *Motion for Contempt and to Enforce Settlement Agreement Against Christopher Kosachuk* (Doc. 74), (2) *Motion for Sanctions* (Doc. 75), and (3) *Supplement to Motion for Sanctions* (Doc. 82), each filed by non-parties Thomas T. McClendon, as Trustee for the Galardi

Creditors Trust, and the Galardi Creditors Trust (collectively, the "Movants") against Plaintiff Christopher Kosachuk.  The Movants and Plaintiff may each file a brief with the Court addressing:

1. Whether the Motion for Contempt should have been filed in the main bankruptcy case, *In re Galardi*, M.D. Ga. Bankr. Case No. 22-50035, and thus cannot be ruled upon as filed in the instant adversary proceeding, and

2. Whether Movants, non-parties to this adversary proceeding, may move for sanctions under Federal Rule of Bankruptcy Procedure 9011.

It is ORDERED that any such briefs must be filed not later than **March 13, 2025**.

[END OF DOCUMENT]