| | |
|---|---|
| **From:** | cmecfhelpdesk@gamd.uscourts.gov |
| **To:** | GAMDdb_ecfbounce |
| **Subject:** | Activity in Case 5:25-cv-00090-CAR KOSACHUCK v. GABBE et al Motion for Miscellaneous Relief |
| **Date:** | Thursday, March 6, 2025 3:00:36 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court **[LIVE AREA]**

**Middle District of Georgia**

### Notice of Electronic Filing

The following transaction was entered on 3/6/2025 at 2:59 PM EST and filed on 3/6/2025
**Case Name:**　　KOSACHUCK v. GABBE et al
**Case Number:**　　5:25-cv-00090-CAR
**Filer:**　　CHRISTOPHER KOSACHUCK
**Document Number:** 1

**Docket Text:**
**MOTION TO WITHDRAW REFERENCE Filed by CHRISTOPHER KOSACHUCK. (Attachments: # (1) Adversary Complaint, # (2) Answer to Complaint, # (3) Motion for Default Judgment, # (4) Motion for Default Judgment, # (5) Affidavit of Default, # (6) Affidavit of Default, # (7) Amended Complaint, # (8) Motion to Dismiss Counterclaim, # (9) Order to Show Cause, # (10) Motion to Amend Complaint, # (11) Response to Mtn to Amend Complaint, # (12) Motion for Contempt, # (13) Motion for Sanctions, # (14) Amended Motion to Amend, # (15) Amended Motion for Leave to Amend Complaint, # (16) Order and Notice of Continued Hearing, # (17) Designation of the Record on Mtn to Withdraw Reference, # (18) Order and Notice of Hearing, # (19) Order and Notice of Response Deadline, # (20) Response to Motion to Withdraw Reference)(Taylor-Owens, Michelle)**

**5:25-cv-00090-CAR Notice has been electronically mailed to:**

KYLE GEORGE　　kyle_george@gamb.uscourts.gov, cathyd_dunlap@gamb.uscourts.gov, janice_thiel@gamb.uscourts.gov, joanna_jones@gamb.uscourts.gov, michelle_taylor-owens@gamb.uscourts.gov, wendi_williams@gamb.uscourts.gov

**5:25-cv-00090-CAR On this date, a copy of this document, including any attachments, has been mailed by United States Postal Service to any non CM/ECF participants as**

**indicated below::**

LAW OFFICE OF ASTRID GABBE
6531 GRANT COURT
HOLLYWOOD, FL 33024

ASTRID GABBE
6531 GRANT COURT
HOLLYWOOD, FL 33024

CHRISTOPHER KOSACHUCK
854 PHEASANT RUN RD.
WEST CHESTER, PA 19382-8144

THOMAS T. MCCLENDON
LIQUIDATING TRUSTEE OF THE GALARDI CREDITORS TRUST
699 PIEDMONT AVENUE, NE
ATLANTA, GA 30308

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071512857 [Date=3/6/2025] [FileNumber=4568574-0]
[156453d5f04cbb58f87b8ec23b3346bdfe236305d991c9af6132761ccfe1d0360930
278965f677578ac30a1fd2c2687e2c9e5e544f9a625fd56725b28b28bfc2]]
**Document description:** Adversary Complaint
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071512857 [Date=3/6/2025] [FileNumber=4568574-1]
[96a23b9430c5b3aa63ccb5f0f7c5777ed2c5279287c6571509451e2a83583e6c7945
114a0d83211e6ee930acba90627a67523520921f1b92509ccf8f4ef26af6]]
**Document description:** Answer to Complaint
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071512857 [Date=3/6/2025] [FileNumber=4568574-2]
[b0eeda8b3efb08d71469e81ae99c47dcb79a0c18f12473c4879e3dbd45ef5a4cd9e7
744a3c17eef3c1dbbcaba1657fbeabecd34291cbe1e1c3f65db4ae9ae1df]]
**Document description:** Motion for Default Judgment
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071512857 [Date=3/6/2025] [FileNumber=4568574-3]
[32249d5025716613261970c8a34266d2f333367029d7bc0b7d89a3e7fcf113d7064b
f4cef00b768fac4d36b1172279fe23e8fed3a29ee692f820e09a3c504492]]
**Document description:** Motion for Default Judgment
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071512857 [Date=3/6/2025] [FileNumber=4568574-4]
[71939824f1569b0cab9710ec92fa54653552a65f0399c6c633ed352431efca17d6aa

1572f10197294ff358e9b3be01ab3160c233c9f65088adba74e30b1d1ec7]]
**Document description:** Affidavit of Default
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071512857 [Date=3/6/2025] [FileNumber=4568574-5]
[306803a884d204c5b84c16f20ebc16baa911a170533d193b1f503d76570556db21b8
aaae16b6ae99e4b499520edd11dcf4b08326734655c3264889bba10cef65]]
**Document description:** Affidavit of Default
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071512857 [Date=3/6/2025] [FileNumber=4568574-6]
[c2f5eb1cf0845bde41aae2b71f4f4389c2c12834559a393d3fece4a9b7c19462da2d
cb924f38caf3d2be2dcf9eb71244f4cf63a045e0e2f66da8ee6f7c5531ef]]
**Document description:** Amended Complaint
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071512857 [Date=3/6/2025] [FileNumber=4568574-7]
[b28d2db7afcf529ca093848e7090bb9049653bdefd488261c4d7fce63d3120a5a4b2
53a93d08007791b82531ec7230c5b4ed8d8363512b16d03421cf22ce2605]]
**Document description:** Motion to Dismiss Counterclaim
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071512857 [Date=3/6/2025] [FileNumber=4568574-8]
[23d249024cd4aa05924383ab5d355773dd484b9e34a76fd2bf2e814145672f024a99
aa971af26f6035a9f62dbf4dae86d4d7df12bcca262a0aa91082cb8d1137]]
**Document description:** Order to Show Cause
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071512857 [Date=3/6/2025] [FileNumber=4568574-9]
[7c058fd18ebf0bdebb4596dcfcefc4f618bd6014867c895c1b15fbf8101a4a760f86
2af376cfd098c09e35ed85468f61ba77622da70aaa1cf67a10d58c4b9437]]
**Document description:** Motion to Amend Complaint
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071512857 [Date=3/6/2025] [FileNumber=4568574-10
] [0b0437221a6856bb49065ed3949e9866ee4cb555ce375b670c34000ecf6d42c5a2c
80086c2b72be816c0a615b830bd310e4d18d054d2e38a9711d77bfb254a36]]
**Document description:** Response to Mtn to Amend Complaint
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071512857 [Date=3/6/2025] [FileNumber=4568574-11
] [b15c628221b529bdca85a8075b1bacf289237e5e90b4585819d4e79d847fcb26e85
ed789b864020cdac16a3ba4e68c64f8faf35b86f7dc61b4c486262d17e82d]]
**Document description:** Motion for Contempt
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071512857 [Date=3/6/2025] [FileNumber=4568574-12
] [68f4c55af1d51ba8c665480d543d284f77827a7e23edc903a7cca76cb26a1231fe1
f6dcdc36a06a2bb3d7c415ab2264f6a703d8afb0b0feee59e18b9ce9e2014]]
**Document description:** Motion for Sanctions

**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071512857 [Date=3/6/2025] [FileNumber=4568574-13
] [189fdb0316d9dfd18fa173edbfddeef7f04dbf4649a1e1220c3af2a8a1a83b77c33
2e24e4ce522d6fe5f98a3c9c61bef6b98b187715930c5019020d761ee69e2]]
**Document description:** Amended Motion to Amend
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071512857 [Date=3/6/2025] [FileNumber=4568574-14
] [7588d396cd6c9b8c61662a95fbd429a2b99800748683d1107cc7a56822034ded4d0
3941de2e15a4521894cc159ef3acd3789ee79dfcc18b5f063417923b85145]]
**Document description:** Ameded Motion for Leave to Amend Complaint
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071512857 [Date=3/6/2025] [FileNumber=4568574-15
] [8ecaf4747f9304a8d036126b97bc402bf25390d8c0c124f3d7a3c57d4c4a3787b64
387cfd15bb4c83cd14adb4127fbcc50977c1ce5cea2102e4ca64112d40b23]]
**Document description:** Order and Notice of Continued Hearinf
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071512857 [Date=3/6/2025] [FileNumber=4568574-16
] [bcd634eacffeb146f42696914c6b88e7cb309eda87865cb2c71a4479928f21882e3
c103a2876af69d0b3ad19df112d8c2d1446f7e03c6f9c06835e6c3e2ab08d]]
**Document description:** Designation of the Record on Mtn to Withdraw Reference
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071512857 [Date=3/6/2025] [FileNumber=4568574-17
] [5e5fa653ff16c8feb75559af3ef1cdcb61e548e6995f93b5e91d64ab6d35d5b33da
ce8dd066f6c61f6bbf690b0c82145dc0f8d1d1d5183367b7d8aab79b942cc]]
**Document description:** Order and Notice of Hearing
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071512857 [Date=3/6/2025] [FileNumber=4568574-18
] [72e7e64890c6e358723fdd3e001fbf3613d66adb1e122a3e4715291ad764e416247
37242e2792f50ceb9c022cace8ae664b915db88274133705cc32622874c32]]
**Document description:** Order and Notice of Response Deadline
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071512857 [Date=3/6/2025] [FileNumber=4568574-19
] [a26dadf2ba75f51fabdfefd324761c4f2b97a483d3e220c6e2504750409d40f0c0e
4ee8724d15c770f74eee38e4c93b6cd364cfb77de86d30cdaf58ed5b0ab8b]]
**Document description:** Response to Motion to Withdraw Reference
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071512857 [Date=3/6/2025] [FileNumber=4568574-20
] [8b4b3b56c9ba1a09c714b455d11097ee596a8c90f3eba50a9a47072d36a5c835d4a
dec7995f2372245a31493bb7cbf80e6642fe1c6b7d6874bb667c2e145727f]]