UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

In re:                                           Case No. 22-50035-AEC

Teri Galardi,                                    Chapter 11

    Debtor,
_____/

CHRISTOPHER KOSACHUK,                            Adversary Complaint
                                                 Adversary Case No.: 24-ap-5015-AEC

    Plaintiff,
v.

ASTRID E. GABBE, ESQ., THE LAW OFFICE
OF ASTRID E. GABBE, P.A., JENISEE LONG,
ALEXIS KING, MICHAEL JAMES BOURFF
A/K/A MICHAEL DE CAMPO, RED SHIELD, LLC
A MONTANA LLC AND JOSEPH ROBERT GUERNSEY
D/B/A RED SHIELD FUNDING,

    Defendants.
_____/

## PLAINTIFF AND COUNTERCLAIM DEFENDANT CHRISTOPHER KOSACHUK'S MOTION TO STRIKE RESPONSE [DOC. 110]

Plaintiff and Counterclaim Defendant, Christopher Kosachuk ("Kosachuk"), *pro se*, hereby moves by this motion (the "Motion") to strike the Response in Opposition to Motion to Withdraw the Reference filed by Thomas T. McClendon [Doc. 110]. In support thereof states:

1. Thomas T. McClendon and the Galardi Creditors Trust are not parties to this adversary proceeding and thus have no standing to file opposition.

**WHEREFORE**, Mr. Kosachuk respectfully requests that the Court grant the relief requested herein and strike Doc. 110 filed by Thomas T. McClendon and the Galardi Creditors Trust.

Dated: March 24, 2025                                    Respectfully submitted,

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of January 2025 a true and correct copy of foregoing was delivered to the Clerk of Court who will electronically filed with the Court's CM/ECF system, which will electronically serve a copy of the foregoing document on all parties of record and served on non-record parties by the undersigned.

Dated: March 24, 2025

Respectfully submitted,

Christopher Kosachuk
*Pro Se Plaintiff*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

## SERVICE LIST

### Via CM/ECF/EMAIL/FIRST-CLASS MAIL

All parties of record

Jenisee Long
2107 Center St.
Covington, KY 41014

Alexis King
3328 Fall Branch Lane
Buford, GA 30519

Michael James Bourff
Michael de Campo
Red Shield, LLC
1616 S. Ocean Dr. #101
Vero Beach, FL 32963

Joseph Robert Guernsey, d/b/a Red Shield Funding
4681 Carvel Court
Myrtle Beach, SC 29588

_____
Christopher Kosachuk
*Pro Se Plaintiff and Counterclaim Defendant*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com