| | |
|---|---|
| From: | cmecfhelpdesk@gamd.uscourts.gov |
| Sent: | Friday, March 28, 2025 9:58 AM |
| To: | GAMDdb_ecfbounce |
| Subject: | Activity in Case 5:25-cv-00090-CAR KOSACHUK v. GABBE et al Motion to Strike |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court [LIVE AREA]

### Middle District of Georgia

### Notice of Electronic Filing

The following transaction was entered on 3/28/2025 at 9:57 AM EDT and filed on 3/28/2025

**Case Name:**     KOSACHUK v. GABBE et al
**Case Number:**   5:25-cv-00090-CAR
**Filer:**         CHRISTOPHER KOSACHUK
**Document Number:** 2

**Docket Text:**
**MOTION to Strike [1] MOTION to Withdraw Reference (Exhibit 20) Filed by CHRISTOPHER KOSACHUK.(elp)**

**5:25-cv-00090-CAR Notice has been electronically mailed to:**

CHARLES M DALZIEL, JR    chuck@dalziellawfirm.com

KYLE GEORGE    kyle_george@gamb.uscourts.gov, cathyd_dunlap@gamb.uscourts.gov, janice_thiel@gamb.uscourts.gov, joanna_jones@gamb.uscourts.gov, michelle_taylor-owens@gamb.uscourts.gov, wendi_williams@gamb.uscourts.gov

**5:25-cv-00090-CAR On this date, a copy of this document, including any attachments, has been mailed by United States Postal Service to any non CM/ECF participants as indicated below::**

LAW OFFICE OF ASTRID GABBE
6531 GRANT COURT

HOLLYWOOD, FL 33024

CHRISTOPHER KOSACHUK
854 PHEASANT RUN RD.
WEST CHESTER, PA 19382-8144

THOMAS T. MCCLENDON
LIQUIDATING TRUSTEE OF THE GALARDI CREDITORS TRUST
699 PIEDMONT AVENUE, NE
ATLANTA, GA 30308

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071512857 [Date=3/28/2025] [FileNumber=4582277-0
] [23837eeab948c76bce3569e9edf9a74f4ef473420888da4eb5424c332e8a34ec690
533ab92005d65efa979efab5ceff4d056b42f94d5c4e2ff5e173c76e45981]]