**SO ORDERED.**

**SIGNED this 10 day of April, 2025.**



_____
**Austin E. Carter
Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Teri G. Galardi, | ) | Case No. 22-50035-AEC |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| Christopher Kosachuk, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 24-5015-AEC |
| | ) | |
| Astrid E. Gabbe, Esq., | ) | |
| The Law Office of Astrid | ) | |
| E. Gabbe, P.A., Jenisee Long, and | ) | |
| Alexis King, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DIRECTING PARTIES TO
FILE DOCUMENTS IN DISTRICT COURT**

Plaintiff Christopher Kosachuk, on January 30, 2025, moved to withdraw the reference of this adversary proceeding. (*See* Doc. 86).[1] In response, the District

---

[1] Cases and proceedings filed in this District under title 11 or arising in a case under title 11 are referred to the bankruptcy court by the *Amended Standing Order of Reference* entered by the United States District Court for this District on February 21, 2012.

Court for the Middle District of Georgia acknowledged the filing and opened Case No. 5:25-cv-00090-CAR.  Following the District Court's acknowledgement, both the Plaintiff and an interested party filed documents in this Court which relate to the Plaintiff's motion for withdrawal of reference. (*See* Docs. 110, 117).

The United States District Court for the Middle District of Georgia has jurisdiction to hear matters connected to the Plaintiff's motion.  Thus, this Court orders that any future documents related to the Plaintiff's motion to withdraw the reference should be filed directly with the District Court in *Kosachuk v. Gabbe, et al.*, Case No. 5:25-cv-00090-CAR, M.D. Ga. 2025.

All documents which relate to other matters in this adversary proceeding should continue to be filed in this Court.

[END OF DOCUMENT]