**SO ORDERED.**

**SIGNED this 10 day of April, 2025.**



_____
**Austin E. Carter
Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Teri G. Galardi, | ) | Case No. 22-50035-AEC |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| Christopher Kosachuk, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 24-5015-AEC |
| | ) | |
| Astrid E. Gabbe, Esq., | ) | |
| The Law Office of Astrid | ) | |
| E. Gabbe, P.A., Jenisee Long, and | ) | |
| Alexis King, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER FOR CHARLES M. DALZIEL, JR.
TO APPEAR AND SHOW CAUSE**

Charles M. Dalziel, Jr., counsel for Defendants Astrid E. Gabbe and The Law Office of Astrid E. Gabbe, P.A., failed to appear at hearings in this adversary proceeding on December 5, 2024 and February 21, 2025. The Court, at these hearings, was scheduled to consider the following motions concerning Dalziel's

clients: (i) *Plaintiff and Counterclaim Defendant Christopher Kosachuk's Motion to Dismiss Counterclaim* (Doc. 49), and (ii) *Response of Defendants Astrid E. Gabbe and the Law Office of Astrid E. Gabbe, P.A., to Motion to Dismiss Counterclaim Defendant (Dkt. 49)* (Doc. 58).[1]

Accordingly, NOTICE IS HEREBY GIVEN that Charles M. Dalziel, Jr. shall appear before this Court and show cause for his failure to represent his clients at these hearings. The hearing to show cause will occur in-person at **11:30 a.m.** on **May 22, 2025**, in Courtroom B, United States Bankruptcy Court, 433 Cherry Street, Macon, Georgia.

[END OF DOCUMENT]

---

[1] In addition to missing these hearings, Plaintiff in this action alleges that Dalziel's client Astrid E. Gabbe has ignored his requests to take her deposition. (*See* Docs. 97, 116). To date, Dalziel has filed no pleading in response. The Court is unaware whether Dalziel has otherwise responded or communicated with the Plaintiff regarding his requests.

2