FILED
U.S. Bankruptcy Court
MAY 2 1 2025
Middle District of Georgia

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

In re:                                            Case No. 22-50035-AEC

Teri Galardi,                                     Chapter 11

          Debtor,
_____/
                                                  Adversary Complaint
CHRISTOPHER KOSACHUK,                             Adversary Case No.: 24-ap-5015-AEC


          Plaintiff
v.

ASTRID E. GABBE, ESQ., THE LAW OFFICE
OF ASTRID E. GABBE, P.A., JENISEE LONG,
AND ALEXIS KING,

          Defendants.
_____/

### MOTION TO COMPEL DEPOSITION AND EXTEND DEADLINES

Plaintiff and Counterclaim Defendant, Christopher Kosachuk ("Kosachuk"), *pro se*, hereby moves by this motion (the "Motion") to compel the depositions of Astrid E. Gabbe, Esq. and extend deadlines  In support thereof undersigned states:

1.       On July 22, 2024, plaintiff commenced this adversary proceeding by filing the complaint. [*See* Doc. 1]

2.       On August 26, 2024, Defendants Astrid E. Gabbe, Esq. and the Law Office of Astrid E. Gabbe, P.A. filed an answer and counterclaim.  [*See* Doc. 35].

3.       On February 24, 2025, the Court entered a scheduling order which set a discovery deadline of May 22, 2025. [Doc. 100].

4.       Undersigned has repeatedly emailed and called the attorney of record for Ms. Gabbe, Charles Dalziel, in order to schedule Ms. Gabbe's deposition.  Mr. Dalziel fails to respond

to the emails and eventually both his office number and mobile telephone numbers were disconnected. The Georgia Bar has the same disconnected numbers on file for Mr. Dalziel. As such, undersigned has no ability to schedule the deposition through the attorney of record.

5.      Undersigned has contacted Ms. Gabbe directly about her deposition but she has simply ignored all requests for deposition including, text messages, telephone calls and emails.

**WHEREFORE**, Plaintiff Kosachuk respectfully requests that the Court grant this Motion to Compel, order the deposition of Ms. Gabbe and extend the deadlines in the trial order [Doc. 100] by 90 days.

Dated: May 19, 2025                                    Respectfully submitted,

Christopher Kosachuk
*Pro Se Plaintiff and Counterclaim
Defendant*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of May 2025 a true and correct copy of foregoing was mailed to the Clerk of Court who will electronically filed with the Court's CM/ECF system, which will electronically serve a copy of the foregoing document on all parties of record and served on all parties by the undersigned.

Respectfully submitted,

Christopher Kosachuk
*Pro Se Plaintiff*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

## SERVICE LIST

### Via CM/ECF/EMAIL/FIRST-CLASS MAIL

Charles Dalziel, Esq.
Attorney of Record for Astrid E. Gabbe, Esq. and the Law Office of Astrid E. Gabbe, P.A.
chuck@dalziellawfirm.com

Astrid E. Gabbe, Esq.
6531 Grant Court
Hollywood, FL 33024
astridgabbe@gmail.com
astridgabbe@aol.com

Jenisee Long
2107 Center St.
Covington, KY 41014

Alexis King
3328 Fall Branch Lane
Buford, GA 30519

433 Cherry



Align top of FedEx Express® shipping label here.

Part # 156297-135 FRIDAY EXP  11/25

**FedEx** Express [E]

SHIP DATE: 19MAY25
ACTWGT: 0.15 LB
CAD: 889465D/SSFE2600

BILL CREDIT CARD

ORIGIN ID:EIGA  (305) 490-5700
W KOSACHUK

854 PHEASANT RUN

WEST CHESTER, PA 19382
UNITED STATES US

TO **US BANKRUPTCY COURT
ATTN: CLERK OF COURT
433 CHERRY STREET**

**MACON GA 31201**
(478) 762-3205

DEPT:

REF:

WED – 21 MAY 5:00P
** 2DAY **

**MCNA 31201**
GA-US    ATL

TRK# 2888 2597 9902
0201

**SP MACOG**

**Envelope
Recycle n**

RECEIVED
U.S. Bankruptcy Court
MAY 2 1 2025
Middle District of Georgia

ATTN: CLERK OF COURT
433 CHERRY ST
MACON GA    31201-7919-99   [G]

**794-8000**

29SPD:100:V
1287000031201003888259799902

**FedEx**