**FILED**
U.S. Bankruptcy Court

**JUN 1 8 2025**

Middle District of Georgia

June 11, 2025

**Via Email and Fedex**
Hon. Austin E. Carter, US Bankruptcy Judge
United States Courthouse
Middle District of Georgia
433 Cherry St.
Macon, GA 31201

    Re:   *Christopher Kosachuk v. Astrid E. Gabbe, Esq. et. Al.*
           Case No.: 24-ap-2415-AEC

Dear Judge Carter:

    I write to ask the Court to allow me to advocate for my interests in this matter in the event that Mr. Dalziel and/or Ms. Gabbe appear at the currently noticed June 24, 2025 hearing. In the event that they don't appear, I would ask the Court to allow me to present evidence in support of my allegations against Ms. Gabbe and the Law Office of Astrid E. Gabbe, P.A., for the Court's consideration, so that the matter may resolved as expeditiously as possible. I can present my case in thirty minutes, thus we can conclude the trial in the afternoon of June 24, 2025 at the currently scheduled hearing in order be done with this case and any future in person appearances.

                                        Sincerely appreciative,

                                        Christopher Kosachuk
                                        *Pro Se Plaintiff*
                                        854 Pheasant Run Rd.
                                        West Chester, PA 19382-8144
                                        (305) 490-5700
                                        chriskosachuk@gmail.com

CC:
Charles Dalziel, attorney of record for Astrid E. Gabbe, Esq. and the Law Office of Astrid E. Gabbe, P.A.,
chuck@dalziellawfirm.com
Thomas T. McClendon, tmclendon@joneswalden.com
Leon Jones, ljones@joneswaldern.com
Alexis King, alexisking717@icloud.com
Jenisse Long, longjenisee26@gmail.com
Astrid E. Gabbe, Esq. astridgabbe@gmail.com and astridgabbe@aol.com

Align top of FedEx Express® shipping label here.

ORIGIN ID:EIGA  (305) 490-5700
W KOSACHUK
854 PHEASANT RUN
WEST CHESTER, PA 19382
UNITED STATES US

SHIP DATE: 16JUN25
ACTWGT: 0.10 LB
CAD: 6994650/SSFE2600

BILL CREDIT CARD

TO  UNITED STATES BANKRUPTCY COURT
CLERK OF COURT
433 CHERRY ST
MACON GA 31201
(999) 999-9999

RECEIVED
U.S. Bankruptcy Court
JUN 18 2025
Middle District of Georgia

FedEx Express
E

TRK# 3900 6046 9521
0201

WED – 18 JUN 5:00P
** 2DAY **

SP MACOG

MCNA 31201
GA-US  ATL

433 Cherry

