**SO ORDERED.**

**SIGNED this 8 day of August, 2025.**



_____
**Austin E. Carter**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Teri G. Galardi, | ) | Case No. 22-50035-AEC |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| Christopher Kosachuk, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 24-5015-AEC |
| | ) | |
| Astrid E. Gabbe, Esq., | ) | |
| The Law Office of Astrid | ) | |
| E. Gabbe, P.A., Jenisee Long, and | ) | |
| Alexis King, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON SHOW CAUSE ORDERS**
**FOR CHARLES M. DALZIEL, JR.**

This Court has issued two show cause orders concerning Charles M. Dalziel, Jr., counsel for record in the above-styled adversary proceeding for Defendants Astrid E. Gabbe, Esq. and The Law Office of Astrid E. Gabbe, P.A. (Docs. 125 and 132). These orders required Dalziel to appear before this Court to explain his

failures to attend hearings in this proceeding on behalf of his clients. Dalziel failed to appear at both of the hearings set by these orders, on May 22, 2025 and June 24, 2025.

On July 22, 2025, the State Bar of Georgia suspended Dalziel from the practice of law for not less than six months for violations of the Georgia Rules of Professional Conduct, with reinstatement only by a future opinion of the Georgia Supreme Court (In the Matter of Dalziel, S25Y0775, 2025 Ga. LEXIS 161 (Ga. July 22, 2025) (per curiam)). In light of this suspension, the Court will enter no order in this adversary proceeding to sanction Dalziel at this time.[1]

[END OF DOCUMENT]

---

[1] Dalziel of course is not allowed to appear in this Court as an attorney during the time of his suspension. Defendants Astrid Gabbe and The Law Office of Astrid Gabbe have been informed of this suspension and are advised to get new representation.