**SO ORDERED.**

**SIGNED this 19 day of September, 2025.**



_____
**Austin E. Carter**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| Teri G. Galardi, | ) | Case No. 22-50035-AEC |
| Debtor. | ) | Chapter 11 |
| Christopher Kosachuk, | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Proc. No. 24-5015-AEC |
| Astrid E. Gabbe, Esq., The Law Office of Astrid E. Gabbe, P.A., Jenisee Long, and Alexis King, | ) | |
| Defendants. | ) | |

**JUDGMENT IN FAVOR OF THOMAS T. MCCLENDON, AS LIQUIDATING TRUSTEE OF THE GALARDI CREDITORS TRUST, AND THE GALARDI CREDITORS TRUST AGAINST CHRISTOPHER KOSACHUK**

It is hereby ORDRED, ADJUDGED, AND DECREED that, for the reasons set forth and in accordance with the O*rder Awarding Compensatory Sanctions for Finding of Contempt* entered on even date herewith (Doc. 155), Judgment is entered for Thomas T. McClendon, as the Liquidating Trustee for the Galardi Creditors

Trust, and the Galardi Creditors Trust against Christopher Kosachuk in the above-styled adversary proceeding in the amount of $12,893.48.[1]

[END OF DOCUMENT]

---

[1] Although Thomas T. McClendon, as Liquidating Trustee of the Galardi Creditors Trust, and the Galardi Creditors Trust are not parties in this adversary proceeding, the Court in its *Order Holding Christopher Kosachuk in Contempt* held that they were entitled to move for contempt in this adversary proceeding. *See* Doc. 139 at 14.

2