**SO ORDERED.**

**SIGNED this 19 day of September, 2025.**



_____

**Austin E. Carter**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Teri G. Galardi, | ) | Case No. 22-50035-AEC |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| Christopher Kosachuk, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 24-5015-AEC |
| | ) | |
| Astrid E. Gabbe, Esq., | ) | |
| The Law Office of Astrid | ) | |
| E. Gabbe, P.A., Jenisee Long, and | ) | |
| Alexis King, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DISMISSING ADVERSARY PROCEEDING

This matter comes before the Court upon *Plaintiff Christopher Kosachuk's Motion to Dismiss Voluntarily*, filed September 8, 2025 (the "Motion to Dismiss"). Doc. 153. In his Motion to Dismiss, Plaintiff seeks to dismiss without prejudice his claims against Defendants Astrid E. Gabbe, Esq. and The Law Office of Astrid E. Gabbe, P.A., due to the death of the former,[1] and dismiss with prejudice claims his against Jenisee Long and Alexis King.

---

[1] *See Suggestion of Death of Astrid E. Gabbe*. Case No. 22-50035, Doc. 1081.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporated into this adversary proceeding via Federal Rule of Bankruptcy Procedure 7041, the Motion to Dismiss is GRANTED. Plaintiff's claims against Astrid E. Gabbe, Esq. and The Law Office of Astrid E. Gabbe, P.A. are hereby DISMISSED WITHOUT PREJUDICE and Plaintiff's claims against Jenisee Long and Alexis King are hereby DISMISSED WITH PREJUDICE. This adversary proceeding is DISMISSED in its entirety. [2]

[END OF DOCUMENT]

---

[2] The Court previously entered an *Order Awarding Compensatory Sanctions for Finding of Contempt Against Christopher Kosachuk* (the "Sanctions Order") and a corresponding *Judgment in Favor of Thomas T. McClendon, as Liquidating Trustee of the Galardi Creditors Trust, and the Galardi Creditors Trust Against Christopher Kosachuk* (the "Judgment"). *See* Docs. 155, 156. This Order has no impact on the Sanctions Order or the Judgment.

2