FILED
U.S. BANKRUPTCY COURT

2025 OCT -3 AM 11: 06

MIDDLE DISTRICT
OF GEORGIA
MACON

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| In re: | Case No. 22-50035-AEC |
| Teri Galardi, | Chapter 11 |
| Debtor, | |
| _____/ | |
| CHRISTOPHER KOSACHUK, | Adversary Complaint<br>Adversary Case No.: 24-ap-5015-AEC |
| Plaintiff | |
| v. | |
| ASTRID E. GABBE, ESQ., THE LAW OFFICE<br>OF ASTRID E. GABBE, P.A., JENISEE LONG,<br>AND ALEXIS KING, | |
| Defendants. | |
| _____/ | |

## CHRISTOPHER KOSACHUK'S NOTICE OF APPEAL

Christopher Kosachuk ("Kosachuk"), *pro se,* appeals under 28 U.S.C. § 158(a) to the United States District Court for the Middle District of Georgia from the Judgment in Favor of Thomas T. McClendon entered on September 19, 2025 and filed on the docket on September 19, 2025 in this case (the "Judgment") [Doc. 156], a copy of which is attached to this Notice of Appeal.

In appealing from the Judgment, Appellant appeals from all orders and decisions antecedent and ancillary thereto, including all interlocutory judgments, decrees, rulings, reports, recommendations and opinions that merged into and became part of the Judgment, that shaped the Judgment, that are related to the Judgment and upon which the Judgment is based.

The names of all parties to the judgment, order or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Part 1. Identify the Cross Appellant:**

1. Name of Appellant:  Christopher Kosachuk, *pro se*.

2. Position of Cross Appellant: Interested Party

| **Appellant:** | **Attorneys** |
| --- | --- |
| Christopher Kosachuk | Chris Kosachuk |
| Pro Se Appellant | Pro Se Cross Appellant |
| 854 Pheasant Run Road | 854 Pheasant Run Road |
| West Chester, PA 19382 | West Chester, PA 19382 |
| (305) 490-5700 | (305) 490-5700 |
| chriskosachuk@gmail.com | chriskosachuk@gmail.com |

**PART 2. Identify the subject of this appeal:**

1. Describe the judgment, order or decree appealed from:

Judgment in Favor of Thomas T. McClendon as Liquidating Trustee and the Galardi Creditors

Trust Against Christopher Kosachuk [Doc. 156].

2. State the date on which the Order was entered on the docket: September 19, 2025

**PART 3: Identify the other parties to the appeal**

| **Party: Debtor/Appellee** | **Attorney** |
| --- | --- |
| Thomas T. McClendon | Leon Jones |
| As Liquidating Trustee of | Jones & Walden |
| The Galardi Creditors Trust | 699 Piedmont Avenue NE |
| & The Galardi Creditors Trust | Atlanta, GA 30308 |
| | Tel  404-564-9300 |
| | E--mail ljones@joneswalden.com |

October 1, 2025

Respectfully submitted,

Chris Kosachuk
*Pro Se Appellant*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700

chriskosachuk@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of October 2025 a true and correct copy of foregoing was mailed to the Clerk of Court who will electronically file it with the Court's CM/ECF system, which will electronically serve a copy of the foregoing document on all counsel of record and served via email and/or regular mail by the undersigned.

|  | Chris Kosachuk <br> *Pro Se Transferee of Astrid E. Gabbe* <br> 854 Pheasant Run Rd. <br> West Chester, PA 19382-8144 <br> (305) 490-5700 <br> chriskosachuk@gmail.com |
| --- | --- |

## SERVICE LIST

### Via CM/ECF/EMAIL/FIRST-CLASS MAIL

All parties of record

Thomas T. McClendon, As Liquidating Trustee
tmcclendon@joneswalden.com

The Galardi Creditors Trust
c/o Thomas T. McClendon
tmcclendon@joneswalden.com

Leon Jones
ljones@joneswalden.com



616,628,641,652,740

999-0

31201

GA



envelope
Recycle me

SP MACOG

TRK#
0201   8848 3795 7854

MCNA 31201
GA-US     ATL

FRI – 03 OCT 5:00P
** 2DAY **

TO
CLERK OF COURT
US BANKRUPTCY COURT   U.S. Bankruptcy Court
433 CHERRY STREET

MACON GA 31201

Middle District of Georgia

(000) 000-0000
INV:
PO:
REF:
DEPT:

ORIGIN ID:BCTA   (305) 490-5700
W KOSACHUK
854 PHEASANT RUN RD

WEST CHESTER, PA 19382
UNITED STATES US

SHIP DATE: 01OCT25
ACTWGT: 0.15 LB
CAD: 6570899/RO5A2650

RECEIVED

OCT 0 3 2025

FedEx
Express

E

J253025062301uv

Part # 156297-435 HHDB EXP 08/26
2f65297/2422759f2



