| From: | cmecfhelpdesk@gamd.uscourts.gov |
|---|---|
| To: | GAMDdb_ecfbounce |
| Subject: | Activity in Case 5:25-cv-00433-TES KOSACHUK v. MCCLENDON Bankruptcy Appeal |
| Date: | Monday, October 6, 2025 3:54:24 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court [LIVE AREA]

### Middle District of Georgia

**Notice of Electronic Filing**

The following transaction was entered on 10/6/2025 at 3:53 PM EDT and filed on 10/6/2025
**Case Name:**        KOSACHUK v. MCCLENDON
**Case Number:**     5:25-cv-00433-TES
**Filer:**               CHRISTOPHER KOSACHUK
**Document Number:** 1

**Docket Text:**
**Notice of APPEAL FROM BANKRUPTCY COURT filed by CHRISTOPHER KOSACHUK (Thiel, Janice)**


**5:25-cv-00433-TES Notice has been electronically mailed to:**

LEON STRICKLAND JONES     ljones@joneswalden.com, cmccord@joneswalden.com, jwdistribution@joneswalden.com, lpineyro@joneswalden.com, powens@joneswalden.com

KYLE GEORGE     kyle_george@gamb.uscourts.gov, angie_sorrow@gamb.uscourts.gov, cathyd_dunlap@gamb.uscourts.gov, janice_thiel@gamb.uscourts.gov, michelle_taylor-owens@gamb.uscourts.gov, theresa_irby@gamb.uscourts.gov

**5:25-cv-00433-TES On this date, a copy of this document, including any attachments, has been mailed by United States Postal Service to any non CM/ECF participants as indicated below::**

CHRISTOPHER KOSACHUK
854 PHEASANT RUN RD.
WEST CHESTER, PA 19382-8144

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071512857 [Date=10/6/2025] [FileNumber=4700520-0
] [2c92d8cc01d0d87fb74bf7f015a68cfc2f38d6abcde2e4e4ffd8802130ed38274f9
5e3360016632927ed1edf347677ee42b5c177cb701040a1f3fb6718fb67c2]]