# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA

In Re:  
Teri G. Galardi  
Debtor(s)

Bankruptcy  
Case No.: 22−50035−AEC

Christopher Kosachuk  
Appellant(s)

Adversary  
Case No. 24−05015−AEC

Thomas T. McClendon as Liquidating Trustee of The Galardi Cr  
Appellee(s)

## TRANSMITTAL OF INITIAL NOTICE OF APPEAL

This notice will serve to advise you that we are transmitting to you a <u>Notice of Appeal</u> filed by the above−named Appellant(s) on October 3, 2025.

Please direct all questions to the undersigned Deputy Clerk at 478−749−6831.

Kyle George  
Clerk, U.S. Bankruptcy Court

BY: <u>/s/ Janice Thiel</u>  
Deputy Clerk

Dated: 10/6/25

United States Bankruptcy Court

Middle District of Georgia

Kosachuk,
    Plaintiff

Adv. Proc. No. 24-05015-AEC

Gabbe, ESQ.,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 113G-5      User: auto      Page 1 of 2
Date Rcvd: Oct 06, 2025      Form ID: appinita      Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Alexis King, 3328 Fall Branch Lane, Buford, GA 30519-1949 |
| dft | + | Astrid E. Gabbe, ESQ., 6531 Grant Court, Hollywood, FL 33024-5843 |
| dft | + | Jenisee Long, 2107 Center St., Covington, KY 41014-1121 |
| dft | + | The Law Office of Astrid E. Gabbe, P.A., 6531 Grant Court, Hollywood, FL 33024-5843 |
| 12737089 | + | Astrid E. Gabbe and The Law Office of Astrid E. Ga, c/o Charles M. Dalziel, Jr., Dalziel Law Firm, 680 Village Trace NE B, Marietta GA 30067-4097 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTP.REGION21.MC.ECF@USDOJ.GOV | Oct 06 2025 17:32:00 | U.S. Trustee - MAC, 440 Martin Luther King Jr. Boulevard, Suite 302, Macon, GA 31201-7987 |
| pla | | Email/Text: chriskosachuk@gmail.com | Oct 06 2025 17:31:00 | Christopher Kosachuk, 854 Pheasant Run Rd., West Chester, PA 19382-8144 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cc | *+ | Astrid E. Gabbe, ESQ., 6531 Grant Court, Hollywood, FL 33024-5843 |
| cd | *P++ | CHRISTOPHER KOSACHUK, 854 PHEASANT RUN RD, WEST CHESTER PA 19382-8144, address filed with court:, Christopher Kosachuk, 854 Pheasant Run Rd., West Chester, PA 19382-8144 |
| cd | *P++ | CHRISTOPHER KOSACHUK, 854 PHEASANT RUN RD, WEST CHESTER PA 19382-8144, address filed with court:, Christopher Kosachuk, 854 Pheasant Run Rd., West Chester, PA 19382-8144 |
| cc | *+ | The Law Office of Astrid E. Gabbe, P.A., 6531 Grant Court, Hollywood, FL 33024-5843 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 113G-5 | User: auto | Page 2 of 2 |
| Date Rcvd: Oct 06, 2025 | Form ID: appinita | Total Noticed: 7 |

Date: Oct 08, 2025         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Charles M Dalziel,, Jr | on behalf of Defendant The Law Office of Astrid E. Gabbe  P.A. chuck@dalziellawfirm.com |
| Charles M Dalziel,, Jr | on behalf of Counter-Claimant Astrid E. Gabbe  ESQ. chuck@dalziellawfirm.com |
| Charles M Dalziel,, Jr | on behalf of Defendant Astrid E. Gabbe  ESQ. chuck@dalziellawfirm.com |
| Charles M Dalziel,, Jr | on behalf of Counter-Claimant The Law Office of Astrid E. Gabbe  P.A. chuck@dalziellawfirm.com |
| Charles M Dalziel,, Jr | on behalf of Counter-Claimant Astrid E. Gabbe chuck@dalziellawfirm.com |
| Thomas McClendon | on behalf of Other Prof. Thomas T. McClendon  as Liquidating Trustee of the Galardi Creditors Trust tmcclendon@joneswalden.com, jwdistribution@joneswalden.com;bdernus@joneswalden.com |

TOTAL: 6